Lawrence Peitzman (State Bar No. 62379)
Jennifer W. Leland (State Bar No. 185951)
PEITZMAN, WEG & KEMPINSKY LLP
10100 Santa Monica Boulevard, Suite 1450
Los Angeles, CA 90067
Telephone: (310) 552-3100
Facsimile: (310) 552-3101
lpeitzman@pwkllp.com
jleland@pwkllp.com

J. Michael Franks (*admitted pro hac vice*)
Scott C. Williams (*admitted pro hac vice*)
Manier & Herod, a Tennessee professional corporation
150 Fourth Avenue North, Suite 2200
Nashville, TN 37220
Telephone: (615) 244-0030
Facsimile: (615) 242-4203
mfranks@manierherod.com
swilliams@manierherod.com

Attorneys for Plaintiff
Liberty Mutual Insurance Company, Inc.

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No. 6:08-24324-TD |
| MODTECH HOLDINGS, INC., a Delaware Corporation, | Chapter 11 |
| Debtor and Debtor-in-Possession. | |
| | Adversary No. 09-01109-TD |
| LIBERTY MUTUAL INSURANCE COMPANY, INC., a Massachusetts corporation, | **LIBERTY MUTUAL INSURANCE COMPANY'S SUPPLEMENTAL STATUS REPORT AND REQUEST FOR CONTINUANCE OF STATUS CONFERENCE** |
| Plaintiff | |
| v. | |
| MODTECH HOLDINGS, INC., Debtor-in-Possession; EXPRESS CONSTRUCTION AND ENVIRONMENTAL SERVICES, INC., a Calif. corp.; DISTINCTIVE COUNTERTOPS, INC., a Calif. corp.; ART WESTPHAL PAINTING, a Calif. corp.; URBAN CONCRETE, INC., a Calif. corp.; STUART B. GATSON CONSULTING & CONTRACTING, INC., a Calif. corp.; KARCHER ENVIRONMENTAL, INC., a Calif. corp.; JAMESON HYDRO CRANE SERVICE, a Calif. corp.; WEST COAST DRYWALL & | <u>Status Conference</u><br>Date: October 15, 2009<br>Time: 10:00 a.m.<br>Place: Live Hearing<br>Courtroom 1345<br>255 E. Temple Street<br>Los Angeles, CA<br><br>Video Conference<br>Courtroom 303<br>3420 Twelfth Street<br>Riverside, CA |

COMPANY, INC., a Calif. corp.; CARPENTERS
SOUTHWEST ADMINISTRATIVE
CORPORATION, a Calif. corp.; and RELIABLE
FLOORING a Calif. corp.,

Defendants.

Liberty Mutual Insurance Company ("Liberty"), Plaintiff in the above-captioned adversary proceeding, hereby files this Supplemental Report in anticipation of the October 15, 2009 Status Conference for the purpose of apprising the Court of the developments in this matter which have occurred since the September 3, 2009 Status Conference.

1.     At the September 3, 2009 Status Conference, Liberty announced to the Court its intent to file a Motion to Deposit Funds, supported by affidavits of both Liberty and Robert Wexler, a representative of Defendant Distinctive Countertops, Inc. ("DCI"). It appeared that DCI and the other Defendants had reached an agreement on a proposed distribution of the bond proceeds to be deposited by Liberty by the contemplated Motion to Deposit Funds.

2.     Since that time, Liberty discovered two additional parties asserting claims under the bond, neither of which had been included as Defendants in this matter. Liberty also discovered that at least two of the named Defendants have had their claims resolved and paid in full through other means.

3.     On September 15, 2009, Liberty filed its Motion for Leave to Amend the Complaint in order to include the additional entities as Defendants and to make it known which claims have been resolved. As of September 30, 2009, no objections had been made, and a submitted order will be filed after the deadline to object has passed. Liberty will then serve the two additional parties with the First Amended Complaint.

4.     Since the filing of the Motion for Leave to Amend the Complaint, Liberty received notice of another claim under the California License Bond. This claim was unanticipated and unknown at the time the original Complaint was filed and at the time the Motion for Leave to Amend was filed.

5.     Liberty intends to file a second Motion for Leave to Amend in order to prepare and file a Second Amended Complaint, which will include the recently discovered party.

1    6.    While Liberty intended to file its Motion to Deposit Funds so that it could be set

2    for hearing on or before November 12, 2009 (the date of the status conference in another

3    adversary proceeding involving a different bond (Adv. No. 09-01143)), the necessity of filing

4    and serving a Second Amended Complaint so that the new party can file a responsive pleading

5    and participate in these proceedings will prevent Liberty from filing such Motion so that it can be

6    heard at that time.

7    7.    Accordingly, Liberty respectfully requests the Court to continue the hearing set

8    for October 15, 2009 in this Adversary Proceeding until November 12, 2009, at which time

9    Liberty will apprise the Court of its continued efforts to bring this matter to a full resolution.

10

11   Date:   October 2, 2009.

12                                   Respectfully submitted,

13                                   **PEITZMAN, WEG & KEMPINSKY LLP**

14
                          by:       _____/s/ Jennifer W. Leland_____
15                                   Jennifer W. Leland

16                                   and

17

18                                   **MANIER & HEROD, P.C.**

19
                          by:       _____/s/ Scott C. Williams_____
20                                   Scott C. Williams (admitted *pro hac vice)*
21                                   150 Fourth Avenue North, Suite 2200
                                     Nashville, TN 37219
22                                   (615) 244-0030
                                     (615) 242-4203 (facsimile)
23
24                                   Attorneys for Liberty Mutual Insurance Company

25

26

27

28

| In re: MODTECH HOLDINGS, INC., a Delaware corporation, | CASE NUMBER: 6:08-24324-TD |
|---|---|
| Debtor(s). | |
| Liberty Mutual Insurance Company, Inc. v.<br>Modtech Holdings, Inc., etc., et al. | ADVERSARY NO. 09-01109-TD |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, Suite 1450, Los Angeles, CA 90067.**

The foregoing documents described as: **LIBERTY MUTUAL INSURANCE COMPANY'S SUPPLEMENTAL STATUS REPORT AND REQUEST FOR CONTINUANCE OF STATUS CONFERENCE,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 2, 2009,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Jennifer Leland    jleland@pwkllp.com
- Charles Liu    cliu@winthropcouchot.com
- Lawrence Peitzman    lpeitzman@pwkllp.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Scott Williams    swilliams@manierherod.com, mfranks@manierherod.com;tpennington@manierherod.com
- Marc J Winthrop    pj@winthropcouchot.com

☐  Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **October 2, 2009,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service not addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Via First Class Mail**
Honorable Thomas Donovan
Edward R. Roybal Federal Bldg.
255 East Temple Street
Courtroom 1345
Los Angeles, CA 90012

**Via First Class Mail**
**United States Trustee (RS)**
3685 Main Street, Suite 300
Riverside, CA 92501

☒  Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*      **F 9013-3.1**

| In re: MODTECH HOLDINGS, INC., a Delaware corporation, | CASE NUMBER: 6:08-24324-TD |
|---|---|
| Debtor(s). | |
| Liberty Mutual Insurance Company, Inc. v. Modtech Holdings, Inc., etc., et al. | ADVERSARY NO. 09-01109-TD |

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 2, 2009 | JoDee Carroll | /s/JoDee Carroll |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1**

| In re: MODTECH HOLDINGS, INC., a Delaware corporation, | CASE NUMBER: 6:08-24324-TD |
| --- | --- |
| Debtor(s). | |
| Liberty Mutual Insurance Company, Inc. v. Modtech Holdings, Inc., etc., et al. | ADVERSARY NO. 09-01109-TD |

## SERVICE LIST

*Liberty Mutual Insurance Company, Inc. v. Modtech Holdings, Inc., et al.*
Adv. Case No. 09-01109 TD

### Via First Class Mail

President or Chief Executive Officer
Art Westphal Painting
6303 Foster Drive
Riverside, CA 92506

President or Chief Executive Officer
Express Construction and Environmental Services, Inc.
110 E. 9th Street, Suite B1220
Los Angeles, CA 90079

President or Chief Executive Officer
Distinctive Countertops, Inc.
41596 Eagle Point Way
Temecula, CA 92591

President or Chief Executive Officer
Urban Concrete, Inc.
29109 Riverside Drive
Lake Elsinore, CA 92530

President or Chief Executive Officer
Stuart B. Gatson Consulting & Contracting, Inc.
1866 N. Wilson Avenue
Upland, CA 91784

Karcher Environmental, Inc.
2300 E. Orangewood Avenue
Anaheim, CA 92806
Attention: Amy Anton

West Coast Drywall & Company, Inc.
c/o Maurice Wainer, Esq.
Snipper, Wainer & Markoff
270 N Canon Dr., Penthouse
Beverly Hills, CA 90210

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

| In re: MODTECH HOLDINGS, INC., a Delaware corporation, | CASE NUMBER: 6:08-24324-TD |
|---|---|
| Debtor(s). | |
| Liberty Mutual Insurance Company, Inc. v. Modtech Holdings, Inc., etc., et al. | ADVERSARY NO. 09-01109-TD |

President or Chief Executive Officer
Carpenters Southwest Administrative Corporation
533 S. Fremont Avenue, 9th Floor
Los Angeles, CA 90071

President or Chief Executive Officer
Reliable Flooring
2304 Townsgate Road
Westlake Village, CA 91361

President of Chief Executive Officer
Jameson Hydro Crane Service
27452 Road 140
Visalia, CA 93292

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                    **F 9013-3.1**