Lawrence Peitzman (State Bar No. 62379)
Jennifer W. Leland (State Bar No. 185951)
PEITZMAN, WEG & KEMPINSKY LLP
10100 Santa Monica Boulevard, Suite 1450
Los Angeles, CA 90067
Telephone: (310) 552-3100
Facsimile: (310) 552-3101
lpeitzman@pwkllp.com
jleland@pwkllp.com

J. Michael Franks *(admitted pro hac vice)*
Scott C. Williams *(admitted pro hac vice)*
Manier & Herod, a Tennessee professional corporation
150 Fourth Avenue North, Suite 2200
Nashville, TN 37220
Telephone: (615) 244-0030
Facsimile: (615) 242-4203
mfranks@manierherod.com
swilliams@manierherod.com

Attorneys for Liberty Mutual Insurance Company, Inc.

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>MODTECH HOLDINGS, INC.,<br>a Delaware Corporation,<br><br>    Debtor and Debtor-in-Possession. | Case No. 6:08-24324-TD<br><br>Chapter 11 |
| LIBERTY MUTUAL INSURANCE COMPANY, INC., a Massachusetts corporation,<br>    Plaintiff<br><br>v.<br><br>MODTECH HOLDINGS, INC., Debtor-in-Possession; EXPRESS CONSTRUCTION AND ENVIRONMENTAL SERVICES, INC., a Calif. corp.; DISTINCTIVE COUNTERTOPS, INC., a Calif. corp.; ART WESTPHAL PAINTING, a Calif. corp.; URBAN CONCRETE, INC., a Calif. corp.; STUART B. GATSON CONSULTING & CONTRACTING, INC., a Calif. corp.; KARCHER ENVIRONMENTAL, INC., a Calif. corp.; JAMESON HYDRO CRANE SERVICE, a Calif. corp.; WEST COAST DRYWALL & COMPANY, INC., a Calif. corp.; CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a Calif. corp.; and RELIABLE | Adversary No. 09-01109-TD<br><br>**LIBERTY MUTUAL INSURANCE COMPANY'S SUPPLEMENTAL STATUS REPORT**<br><br><u>Status Conference</u><br><br>Date:    November 12, 2009<br>Time:    10:00 a.m.<br>Place:    <u>Live Hearing</u><br>           Courtroom 303<br>           3420 Twelfth Street<br>           Riverside, California<br><br>           <u>Video Conference</u><br>           Courtroom 303<br>           3420 Twelfth Street<br>           Riverside, CA |

1 | FLOORING a Calif. corp.,
2 |     Defendants.
3 |

4         Liberty Mutual Insurance Company, Inc. ("Liberty"), the plaintiff in the above-captioned adversary proceeding, hereby files this Supplemental Report in anticipation of the November 12, 2009 Status Conference for the purpose of apprising the Court of the developments in this matter which have occurred since the September 3, 2009 Status Conference and since the filing of its Supplemental Status Report on October 2, 2009 (Docket No. 20).

        1.    At the September 3, 2009 Status Conference, Liberty announced to the Court its intent to file a Motion to Deposit Funds, supported by affidavits of both Liberty and Robert Wexler, a representative of Defendant Distinctive Countertops, Inc. ("DCI"). Based upon the affidavit of Mr. Wexler, it appeared that DCI and the other Defendants had reached an agreement on a proposed distribution of the Bond proceeds to be deposited by Liberty by the contemplated Motion to Deposit Funds.

        2.    Since that time, Liberty discovered two additional parties asserting claims under the Bond, neither of which had been included as Defendants in this matter. Liberty also discovered that at least two of the named Defendants have had their claims resolved and paid in full through other means.

        3.    On September 15, 2009, Liberty filed its Motion for Leave to Amend the Complaint in order to include the additional entities as Defendants and to make it known which claims have been resolved.

        4.    No objections were filed to the Motion for Leave to Amend the Complaint, and Liberty submitted its proposed order to this Court on or about October 2, 2009.[1] Liberty is currently awaiting entry of the Order in order to serve the First Amended Complaint on the new parties to this case.

        5.    After filing the Motion for Leave to Amend the Complaint, Liberty received notice of another claim under the California License Bond. This claim was unanticipated and

---
[1] Liberty resubmitted the proposed order on November 3, 2009.

1  unknown at the time the original Complaint was filed and at the time the Motion for Leave to
2  Amend was filed.

3    6.    Once the First Amended Complaint is served, Liberty intends to file a second
4  Motion for Leave to Amend in order to prepare and file a Second Amended Complaint, which
5  will include the recently discovered party.

6    7.    While Liberty intended to file its Motion to Deposit Funds so that it could be set
7  for hearing on or before the November 12, 2009 Status Conference, the necessity of filing and
8  serving a Second Amended Complaint so that the new party can file a responsive pleading and
9  participate in these proceedings will prevent Liberty from filing such Motion so that it can be
10  heard at that time.

11    8.    Once all parties have been served and given the appropriate time to file a
12  responsive pleading, Liberty will move to deposit the full penal sum of the License Bond into the
13  Court's Registry and seek judgment that the License Bond is terminated and Liberty is released
14  from any further liability under the License Bond.

15    9.    Given the time required to properly serve all remaining defendants in this case,
16  Liberty anticipates that this matter will not be fully resolved until no earlier than February 2010.

18  Dated: November 4, 2009.

19    Respectfully submitted,

20    **PEITZMAN, WEG & KEMPINSKY LLP**

21    by:    /s/ Jennifer W. Leland
    Jennifer W. Leland

23    and

25    **MANIER & HEROD, P.C.**

26    by:    /s/ Scott C. Williams
    Scott C. Williams (admitted *pro hac vice*)

27    Attorneys for Liberty Mutual Insurance Company,
28    Inc.

| In re: MODTECH HOLDINGS, INC., a Delaware corporation, | CASE NUMBER: 6:08-24324-TD |
|---|---|
| Debtor(s). | |
| Liberty Mutual Insurance Company, Inc. v. Modtech Holdings, Inc., etc., et al. | ADVERSARY NO. 09-01109-TD |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, Suite 1450, Los Angeles, CA 90067.**

The foregoing documents described as: **LIBERTY MUTUAL INSURANCE COMPANY'S SUPPLEMENTAL STATUS REPORT**, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 4, 2009,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Jennifer Leland    jleland@pwkllp.com
- Charles Liu    cliu@winthropcouchot.com
- Lawrence Peitzman    lpeitzman@pwkllp.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Scott Williams    swilliams@manierherod.com, mfranks@manierherod.com;tpennington@manierherod.com
- Marc J Winthrop    pj@winthropcouchot.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **October 4, 2009**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Via First Class Mail**
Honorable Thomas Donovan
Edward R. Roybal Federal Bldng.
255 East Temple Street
Courtroom 1345
Los Angeles, CA 90012

**Via First Class Mail**
**United States Trustee (RS)**
3685 Main Street, Suite 300
Riverside, CA 92501

☒ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                              **F 9013-3.1**

| In re: MODTECH HOLDINGS, INC., a Delaware corporation, | CASE NUMBER: 6:08-24324-TD |
|---|---|
| Debtor(s). | |
| Liberty Mutual Insurance Company, Inc. v. Modtech Holdings, Inc., etc., et al. | ADVERSARY NO. 09-01109-TD |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **October 4, 2009** | **Marjorie O. Boell** | **/s/ Marjorie O. Boell** |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

| In re: MODTECH HOLDINGS, INC., a Delaware corporation, | CASE NUMBER: 6:08-24324-TD |
|---|---|
| Debtor(s). | |
| Liberty Mutual Insurance Company, Inc. v. Modtech Holdings, Inc., etc., et al. | ADVERSARY NO. 09-01109-TD |

## SERVICE LIST

*Liberty Mutual Insurance Company, Inc. v. Modtech Holdings, Inc., et al.*
Adv. Case No. 09-01109 TD

**Via First Class Mail**

President or Chief Executive Officer
Art Westphal Painting
6303 Foster Drive
Riverside, CA 92506

President or Chief Executive Officer
Express Construction and Environmental Services, Inc.
110 E. 9th Street, Suite B1220
Los Angeles, CA 90079

President or Chief Executive Officer
Distinctive Countertops, Inc.
41596 Eagle Point Way
Temecula, CA 92591

President or Chief Executive Officer
Urban Concrete, Inc.
29109 Riverside Drive
Lake Elsinore, CA 92530

President or Chief Executive Officer
Stuart B. Gatson Consulting & Contracting, Inc.
1866 N. Wilson Avenue
Upland, CA 91784

Karcher Environmental, Inc.
2300 E. Orangewood Avenue
Anaheim, CA 92806
Attention: Amy Anton

West Coast Drywall & Company, Inc.
c/o Maurice Wainer, Esq.
Snipper, Wainer & Markoff
270 N Canon Dr., Penthouse
Beverly Hills, CA 90210

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re: MODTECH HOLDINGS, INC., a Delaware corporation, | CASE NUMBER: 6:08-24324-TD |
|---|---|
| Debtor(s). | |
| Liberty Mutual Insurance Company, Inc. v. Modtech Holdings, Inc., etc., et al. | ADVERSARY NO. 09-01109-TD |

President or Chief Executive Officer
Carpenters Southwest Administrative Corporation
533 S. Fremont Avenue, 9th Floor
Los Angeles, CA 90071

President or Chief Executive Officer
Reliable Flooring
2304 Townsgate Road
Westlake Village, CA 91361

President of Chief Executive Officer
Jameson Hydro Crane Service
27452 Road 140
Visalia, CA 93292

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1