1  Lawrence Peitzman (State Bar No. 62379)
   Jennifer W. Leland (State Bar No. 185951)
2  PEITZMAN, WEG & KEMPINSKY LLP
   10100 Santa Monica Boulevard, Suite 1450
3  Los Angeles, CA 90067
   Telephone: (310) 552-3100
4  Facsimile: (310) 552-3101

5  J. Michael Franks *(admitted pro hac vice)*
   Thomas T. Pennington *(admitted pro hac vice)*
6  Scott C. Williams *(admitted pro hac vice)*
   Manier & Herod, a Tennessee professional corporation
7  150 Fourth Avenue North, Suite 2200
   Nashville, TN 37220
8  Telephone: (615) 244-0030
   Facsimile: (615) 242-4203
9
10 Attorneys for Plaintiff
   Liberty Mutual Insurance Company, Inc.
11
                    UNITED STATES BANKRUPTCY COURT
12                   CENTRAL DISTRICT OF CALIFORNIA
                            RIVERSIDE DIVISION
13

| | |
|---|---|
| 14 In re: | Case No. 6:08-24324-TD |
| 15 MODTECH HOLDINGS, INC., | Chapter 11 |
|    a Delaware Corporation, | |
| 16 | |
|    Debtor and Debtor-in-Possession. | |
| 17 | |
| 18 LIBERTY MUTUAL INSURANCE COMPANY, | Adversary No. 09-01109-TD |
|    INC., a Massachusetts corporation, | |
| 19 | **PROOF OF SERVICE** |
|    Plaintiff | |
| 20 | |
| 21 v. | |
| 22 MODTECH HOLDINGS, INC., Debtor-in-Possession; EXPRESS CONSTRUCTION AND ENVIRONMENTAL SERVICES, INC., a | |
| 23 California corporation; DISTINCTIVE COUNTERTOPS, INC., a California corporation; | |
| 24 ART WESTPHAL PAINTING, a California corporation; URBAN CONCRETE, INC., a | |
| 25 California corporation; STUART B. GATSON CONSULTING & CONTRACTING, INC., a | |
| 26 California corporation; KARCHER ENVIRONMENTAL, INC., a California | |
| 27 corporation; JAMESON HYDRO CRANE SERVICE, a California corporation; WEST | |
| 28 COAST DRYWALL & COMPANY, INC., a | |

-1-

1  California corporation; CARPENTERS SOUTHWEST ADMINISTRATIVE
2  CORPORATION, a California corporation; and RELIABLE FLOORING a California corporation,
3  MAX EQUIPMENT RENTAL, a Calif. Corp., and HALEY INDUSTRIAL COATINGS AND
4  LININGS, INC., a Calif. Corp.,

5      Defendants.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd. Suite 1450, Los Angeles, California 90067.

On December 23, 2009, I served the documents described as **(1) NOTICE OF REQUIRED COMPLIANCE WITH LOCAL BANKRUPTCY RULE 7026-1 (2) SUMMONS AND NOTICE OF STATUS CONFERENCE ON AMENDED COMPLAINT AND (3) FIRST AMENDED COMPLAINT TO INTERPLEAD PENAL SUM OF MODTECH HOLDINGS, INC.'S CONTRACTORS' LICENSE BOND,** on the parties listed on the attached Service List hereto:

[X]    **BY MAIL.** By placing a true copy thereof in a sealed envelope and addressed to the party listed below with postage thereon fully prepaid at Los Angeles, California and delivering it to the U.S. Postal Service at 10100 Santa Monica Blvd., Suite 1450 Los Angeles, California 90067. I am readily familiar with the ordinary practice of the business of collecting, processing and depositing correspondence in the United States Postal Service and that the correspondence will be deposited the same day with postage thereon fully prepaid.

[ ]    **BY MESSENGER.** I caused a messenger service to personally deliver such envelope by hand to the party listed below.

[ ]    **BY FAX.** I caused such documents to be transmitted via facsimile machine to the parties listed on the attached Service List to the fax numbers set forth next to each party's name. Written confirmation of transmission from the facsimile machine is attached to the attached Service List. The document transmitted did not exceed 15 pages (excluding cover page) except with the express prior consent of the party receiving the transmission or by court order.

[ ]    **BY OVERNIGHT COURIER.** I caused an overnight courier service to deliver such envelopes to the address of the party listed above on the next business day.

Executed on December 23, 2009, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

/s/ Rebecca Corpuz
Rebecca Corpuz

SERVICE LIST

*Liberty Mutual Insurance Company, Inc. v. Modtech Holdings, Inc., et al.*
Adv. Case No. 09-01109 TD

**Via First Class Mail**

Charles Liu, Esq.
Winthrop Couchot
660 Newport Center Dr, 4th Flr
Newport Beach, CA 92660
*Attorneys for Debtor*

President or Chief Executive Officer
Express Construction and Environmental Services, Inc.
110 E. 9th Street, Suite B1220
Los Angeles, CA 90079

President or Chief Executive Officer
Distinctive Countertops, Inc.
41596 Eagle Point Way
Temecula, CA 92591

President or Chief Executive Officer
Art Westphal Painting
6303 Foster Drive
Riverside, CA 92506

President or Chief Executive Officer
Urban Concrete, Inc.
29109 Riverside Drive
Lake Elsinore, CA 92530

President or Chief Executive Officer
Stuart B. Gatson Consulting & Contracting, Inc.
1866 N. Wilson Avenue
Upland, CA 91784

Leslie B. Winter Jr.
Karcher Environmental, Inc.
2300 E. Orangewood Avenue
Anaheim, CA 92806
*Agent for Service of Process of Karcher Environmental, Inc.*

President or Chief Executive Officer
Jameson Hydro Crane Service

1

27452 Road 140
Visalia, CA 93292

Harold L. Rollin, Esq.
A Professional Law Corporation
918 W. Main St.
Visalia, California
*Attorneys for Jameson Hydro Crane Service*

Maurice Wainer, Esq.
Snipper, Wainer & Markoff
270 N Canon Dr., Penthouse
Beverly Hills, CA 90210
*Attorneys for West Coast Drywall & Company, Inc.*

President or Chief Executive Officer
Carpenters Southwest Administrative Corporation
533 S. Fremont Avenue, 9th Floor
Los Angeles, CA 90071

President or Chief Executive Officer
Reliable Flooring
2304 Townsgate Road
Westlake Village, CA 91361

Mason Bailey
Max Equipment Rental
256 E. Barham Drive
San Marcos, CA 92078
*Agent for Service of Process for Max Equipment Rental*

Yvonne P. Haley
4410 Edenhurst Avenue
Los Angeles, CA 90030
*Agent for Service of Process for Haley Industrial Coatings and Linings, Inc.*