1  Lawrence Peitzman (State Bar No. 62379)
   Jennifer W. Leland (State Bar No. 185951)
2  PEITZMAN, WEG & KEMPINSKY LLP
   10100 Santa Monica Boulevard, Suite 1450
3  Los Angeles, CA  90067
   Telephone: (310) 552-3100
4  Facsimile: (310) 552-3101
   lpeitzman@pwkllp.com
5  jleland@pwkllp.com

6  Scott C. Williams (*admitted pro hac vice*)
   MANIER & HEROD, a Tennessee professional corporation
7  150 Fourth Avenue North, Suite 2200
   Nashville, TN  37220
8  Telephone: (615) 244-0030
   Facsimile:  (615) 242-4203
9  swilliams@manierherod.com

10
   Attorneys for Liberty Mutual Insurance
11 Company, Inc.

12              **UNITED STATES BANKRUPTCY COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
13                     **RIVERSIDE DIVISION**

14 In re                                  Case No. 6:08-24324-TD

15 MODTECH HOLDINGS, INC., a Delaware     Chapter 11
   Corporation,
16
                Debtor and Debtor-in-Possession
17

18

19 LIBERTY MUTUAL INSURANCE              Adversary No. 09-01109-TD
   COMPANY, INC., a Massachusetts
20 corporation,                          **NOTICE OF MOTION AND MOTION FOR
                                         LEAVE TO AMEND FIRST AMENDED
21              Plaintiff                COMPLAINT FOR INTERPLEADER
                                         PURSUANT TO FRCP 15(a)(2) and FRBP
22 v.                                    7015; MEMORANDUM OF POINTS AND
                                         AUTHORITIES IN SUPPORT THEREOF**
23 MODTECH HOLDINGS, INC., Debtor-in-
   Possession; EXPRESS CONSTRUCTION      [No Hearing Required Unless Requested
24 AND ENVIRONMENTAL SERVICES, INC., a   Pursuant to Local Bankruptcy Rule 9013-1(o)]
   California corporation; DISTINCTIVE
25 COUNTERTOPS, INC., a California
   corporation; ART WESTPHAL PAINTING, a
26 California corporation; URBAN CONCRETE,
   INC., a California corporation; STUART B.
27 GATSON CONSULTING & CONTRACTING,
   INC., a California corporation; KARCHER
28

1   ENVIRONMENTAL, INC., a California
    corporation; JAMESON HYDRO CRANE
2   SERVICE, a California corporation; WEST
    COAST DRYWALL & COMPANY, INC., a
3   California corporation; CARPENTERS
    SOUTHWEST ADMINISTRATIVE
4   CORPORATION, a California corporation; and
    RELIABLE FLOORING, a California
5   corporation, MAX EQUIPMENT RENTAL, a
    Calif. Corp., and HALEY INDUSTRIAL
6   COATINGS AND LININGS, INC., a Calif.
    Corp.,
7
            Defendants.
8

9           TO THE HONORABLE THOMAS B. DONOVAN, UNITED STATES BANKRUPTCY

10   JUDGE, THE UNITED STATES TRUSTEE, THE DEBTOR, DEFENDANTS AND THEIR

11   COUNSEL OF RECORD:

12          PLEASE TAKE NOTICE that by this Motion for Leave to Amend First Amended

13   Complaint for Interpleader Pursuant to FRCP 15(a)(2) and FRBP 7015 (the "Motion"), the

14   above-captioned plaintiff, Liberty Mutual Insurance Company, Inc. ("Liberty"), hereby seeks

15   leave of the Court to file a Second Amended Complaint to Interplead Penal Sum of Modtech

16   Holdings, Inc.'s Contractor's License Bond ("Second Amended Complaint") to add two

17   additional defendants.

18          The Motion is made pursuant to Federal Rule of Bankruptcy Procedure 7015 and is based

19   upon this Notice of Motion and Motion, the Memorandum of Points and Authorities attached

20   hereto, the records and files in the chapter 11 case and adversary proceeding, and such additional

21   evidence and argument as may be presented at or before any hearing on the Motion.

22          PLEASE TAKE FURTHER NOTICE that, pursuant to Local Bankruptcy Rule 9013-

23   1(o), Liberty has not scheduled a hearing on the Motion and is requesting that relief be granted

24   without a hearing.  Accordingly, Local Bankruptcy Rule 9013-1(o)(1) requires that any response

25   and request for hearing must be filed with the Court and served on Liberty and the United States

26   Trustee within 15 days after the date of service of this notice.

27          PLEASE TAKE FURTHER NOTICE that, pursuant to Local Bankruptcy Rule 9013-

28   1(h), any failure to file and serve a timely response and request for hearing may be deemed by

1  the Court to constitute consent to the relief requested in the Motion, and the Motion may be

2  granted without a hearing.

3

4  Dated: January 12, 2010                    Respectfully submitted,

5                                             PEITZMAN, WEG & KEMPINSKY LLP

6

7                                    by:      */s/ Jennifer W. Leland*
                                             Jennifer W. Leland

8                                             and

9
                                             MANIER & HEROD, P.C.
10

11                                   by:      */s/ Scott C. Williams*
                                             Scott C. Williams (admitted *pro hac vice*)
12

13                                             Attorneys for Liberty Mutual Insurance Company,
                                             Inc.
14

15

16

17                                                                        .

18

19

20

21

22

23

24

25

26

27

28

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Fed. R. Civ. Proc. 15(a)(2), made applicable herein by Fed. R. Bankr. Proc. 7015, the plaintiff, LIBERTY MUTUAL INSURANCE COMPANY, INC. ("Liberty"), hereby requests leave from this Court to file a Second Amended Complaint, respectfully showing as follows:

### BACKGROUND

1.    On March 13, 2009, Liberty commenced this adversary proceeding by filing a Complaint to Interplead Penal Sum of Modtech Holdings, Inc.'s Contractor's License Bond ("Complaint") (Docket No. 1).  Included as the defendants in the original Complaint were the parties asserting claims under California License Bond No. 024022768 (the "Bond"), as known to Liberty at the time the suit was filed.

2.    Although none of the named defendants (other than the Debtor) filed a responsive pleading to the Complaint, the majority of the defendants have informally asserted their desire to resolve this matter.

3.    In preparing a motion to deposit funds, Liberty became aware of two additional entities that had made claims under the Bond. These entities were necessary parties to the interpleader action and, therefore, on September 15, 2009, Liberty filed a Motion for Leave to Amend Complaint for Interpleader Pursuant to FRCP 15(a)(2) and FRBP 7015 ("Motion for Leave to Amend") (Docket No. 17) to add these two parties to the Complaint.  No objections were made to the Motion.  The First Amended Complaint to Interplead Penal Sum of Modtech Holdings, Inc.'s Contractor's License Bond ("First Amended Complaint") was filed on December 21, 2009 (Docket No. 27) and served via first class mail on all defendants on December 23, 2009 (Docket No. 29).

4.    After the Motion for Leave to Amend was filed, Liberty was made aware of two additional, unanticipated claims being submitted under the Bond.  These entities making these claims are necessary parties to the Interpleader action and must be included in the case as additional defendants.

1

## ARGUMENTS AND AUTHORITY

2    5.    As grounds for its Motion, Liberty would show to the Court that since the service

3  of the first Motion for Leave to Amend, two additional claimants have presented claims against

4  the Bond and funds sought to be interpleaded in this matter, namely proposed Defendant Village

5  Woodcrafts, Inc. and proposed Defendant Harrison Construction.

6    6.    Fed. R. of Civ. Proc. 15(a)(2) provides that "a party may amend its pleading only

7  with the opposing party's written consent or the court's leave. The court should freely give leave

8  when justice so requires."

9    7.    The Ninth Circuit has construed Rule 15(a) broadly, requiring that leave to amend

10  be granted with "extraordinary liberality." See Morongo Band of Mission Indians v. Rose, 893

11  F.2d 1074, 1079 (9th Cir. 1990); Poling v. Morgan, 829 F.2d 882, 886 (9th Cir.1987) (describing

12  a "strong policy permitting amendment"). The standards for determining whether a court should

13  grant leave to amend include the consideration of: "(1) bad faith; (2) undue delay; (3) prejudice

14  to the opposing party; (4) futility of amendment; and (5) whether the plaintiff has previously

15  amended his complaint." Nunes v. Ashcroft, 375 F.3d 805, 808 (9th Cir.2004). However, "not

16  all of the factors merit equal consideration: Prejudice is the 'touchstone of the inquiry under rule

17  15(a)" and "carries the greatest weight.'" Phoenix Solutions, Inc. v. Sony Electronics, Inc., --

18  F.Supp.2d ----, 2009 WL 1604700 (N.D. Cal. June 9, 2009) (quoting Eminence Capital, LLC v.

19  Aspeon, Inc., 316 F.3d 1048, 1052 (9th Cir.2003)); see also Owens v. Kaiser Foundation Health

20  Plan, Inc., 244 F.3d 708, 712 (9th Cir.2001).

21    8.    In this case Liberty is acting in good faith to ensure that all parties asserting

22  unresolved claims under the Bond are included in this case. Liberty is further making a good

23  faith effort to provide notice and an opportunity to be heard to these additional claimants in

24  sufficient time to resolve this matter in due course. Although the addition of these claimants will

25  not allow the matter to be wound down on or before the upcoming status hearing on February 11,

26  2010, this should not be considered an "undue delay" given the necessity of including the

27  additional claimants and bringing to the Court's attention which claims have been resolved under

28  other surety bonds.

1  additional claimants and bringing to the Court's attention which claims have been resolved under

2  other surety bonds.

3       WHEREFORE, based upon the foregoing, Liberty requests that this Court grant Liberty

4  leave and permission to file its Second Amended Complaint in the form of Exhibit 1 hereto and

5  grant any such further relief to which Liberty may be entitled.

6

7  Dated:  January 12, 2010                Respectfully submitted,

8                                    PEITZMAN, WEG & KEMPINSKY LLP

9

10                   by:     */s/ Jennifer W. Leland*
                                     Jennifer W. Leland

11                                   and

12                                   MANIER & HEROD, P.C.

13

14                   by:     */s/ Scott C. Williams*
                                      Scott C. Williams (admitted *pro hac vice*)

15

16                                   Attorneys for Liberty Mutual Insurance Company,
                                      Inc.

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit 1

1 | Lawrence Peitzman (State Bar No. 62379)
Jennifer W. Leland (State Bar No. 185951)
2 | PEITZMAN, WEG & KEMPINSKY LLP
10100 Santa Monica Boulevard, Suite 1450
3 | Los Angeles, CA 90067
Telephone: (310) 552-3100
4 | Facsimile: (310) 552-3101
lpeitzman@pwkllp.com
5 | jleland@pwkllp.com

6 | Scott C. Williams (*admitted pro hac vice*)
MANIER & HEROD, a Tennessee professional corporation
7 | 150 Fourth Avenue North, Suite 2200
Nashville, TN 37220
8 | Telephone: (615) 244-0030
Facsimile: (615) 242-4203
9 | swilliams@manierherod.com

10

Attorneys for Liberty Mutual Insurance
11 | Company, Inc.

12 | **UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
13 | **RIVERSIDE DIVISION**

14

| In re | Case No. 6:08-24324-TD |
|---|---|
| MODTECH HOLDINGS, INC., a Delaware Corporation, | Chapter 11 |
| Debtor and Debtor-in-Possession | |
| | |
| LIBERTY MUTUAL INSURANCE COMPANY, INC., a Massachusetts corporation, | Adversary No. 09-01109-TD **SECOND AMENDED COMPLAINT TO INTERPLEAD PENAL SUM OF MODTECH HOLDINGS, INC.'S CONTRACTOR'S LICENSE BOND** |
| Plaintiff | |
| v. | |
| MODTECH HOLDINGS, INC., Debtor-in-Possession; EXPRESS CONSTRUCTION AND ENVIRONMENTAL SERVICES, INC., a California corporation; DISTINCTIVE COUNTERTOPS, INC., a California corporation; ART WESTPHAL PAINTING, a California corporation; URBAN CONCRETE, INC., a California corporation; STUART B. GATSON CONSULTING & CONTRACTING, INC., a California corporation; KARCHER | |

1  ENVIRONMENTAL, INC., a California
corporation; JAMESON HYDRO CRANE
2  SERVICE, a California corporation; WEST
COAST DRYWALL & COMPANY, INC., a
3  California corporation; CARPENTERS
SOUTHWEST ADMINISTRATIVE
4  CORPORATION, a California corporation;
RELIABLE FLOORING, a California
5  corporation; MAX EQUIPMENT RENTAL, a
California corporation; HALEY INDUSTRIAL
6  COATINGS AND LININGS, INC., a California
corporation; VILLAGE WOODCRAFTS, INC.,
7  a California corporation; and HARRISON
CONSTRUCTION, a California corporation,

8
        Defendants.
9

10        Plaintiff LIBERTY MUTUAL INSURANCE COMPANY, INC. ("Plaintiff" or

11  "Liberty") hereby complains and alleges as follows:

12                        **JURISDICTION AND VENUE**

13        1.      This is an adversary proceeding in bankruptcy brought by Plaintiff Liberty

14  pursuant to the stipulation of the parties approved by the Court on February 2, 2009, and

15  pursuant to 11 U.S.C. § 157.

16        2.      Jurisdiction is vested in this proceeding pursuant to 11 U.S.C. §§ 157 and 1334.

17  This matter is a core proceeding.

18        3.      Venue in the Central District of California is proper pursuant to 28 U.S.C. § 1409

19  by virtue of the Chapter 11 case now pending before this Court.

20        4.      This Complaint is brought pursuant to Federal Rules of Bankruptcy Procedure,

21  Rules 7001 and 7022.

22                          **GENERAL ALLEGATIONS**

23        5.      Plaintiff Liberty is, and at all times mentioned herein was, a corporation duly

24  organized and existing under the law of the State of Massachusetts, with its principle place of

25  business located in Boston, Massachusetts.  Liberty is an admitted surety in the State of

26  California, among other jurisdictions, and, in the course of its business, issues contract and

27  commercial surety bonds and lines of insurance.

28

6.      Defendant MODTECH HOLDINGS, INC. ("Modtech") is a corporation duly organized and existing under the laws of the State of California, and is the Debtor-in-Possession in the above-referenced case.

7.      Liberty is informed, believes and thereon alleges that Defendant EXPRESS CONSTRUCTION AND ENVIRONMENTAL SERVICES, INC. ("Express") is a corporation duly organized and existing under the laws of the State of California.

8.      Liberty is informed, believes and thereon alleges that Defendant DISTINCTIVE COUNTERTOPS, INC. ("Distinctive Countertops") is a corporation duly organized and existing under the laws of the State of California.

9.      Liberty is informed, believes and thereon alleges that Defendant ART WESTPHAL PAINTING ("Westphal") is a corporation duly organized and existing under the laws of the State of California.

10.     Liberty is informed, believes and thereon alleges that Defendant URBAN CONCRETE, INC. ("Urban Concrete") is a corporation duly organized and existing under the laws of the State of California.

11.     Liberty is informed, believes and thereon alleges that Defendant STUART B. GATSON CONSULTING & CONTRACTING, INC. ("Stuart Gatson") is a corporation duly organized and existing under the laws of the State of California.

12.     Liberty is informed, believes and thereon alleges that Defendant KARCHER ENVIRONMENTAL, INC. ("Karcher") is a corporation duly organized and existing under the laws of the State of California.

13.     Liberty is informed, believes and thereon alleges that Defendant JAMESON HYDRO CRANE SERVICE ("Jameson") is a corporation duly organized and existing under the laws of the State of California.

14.     Liberty is informed, believes and thereon alleges that Defendant WEST COAST DRYWALL & COMPANY, INC. ("West Coast") is a corporation duly organized and existing under the laws of the State of California.

1    15.    Liberty is informed, believes and thereon alleges that Defendant CARPENTERS

2    SOUTHWEST ADMINISTRATIVE CORPORATION ("Carpenters SW") is a corporation duly

3    organized and existing under the laws of the State of California.

4    16.    Liberty is informed, believes and thereon alleges that Defendant RELIABLE

5    FLOOR COVERING, INC. ("Reliable Floor") is a corporation duly organized and existing

6    under the laws of the State of California.

7    17.    Liberty is informed, believes and thereon alleges that Defendant MAX

8    EQUIPMENT RENTALS ("Max Equipment") is a corporation duly organized and existing

9    under the laws of the State of California.

10    18.    Liberty is informed, believes and thereon alleges that Defendant HALEY

11    INDUSTRIAL COATINGS AND LININGS, INC. ("Haley Industrial") is a corporation duly

12    organized and existing under the laws of the State of California.

13    19.    Liberty is informed, believes and thereon alleges that Defendant VILLAGE

14    WOODCRAFTS, INC. ("Village Woodcrafts") is a corporation duly organized and existing

15    under the laws of the State of California.

16    20.    Liberty is informed, believes and thereon alleges that Defendant HARRISON

17    CONSTRUCTION ("Harrison Construction") is a d/b/a of S E Harrison, Inc., a corporation duly

18    organized and existing under the laws of the State of California.

19    21.    Liberty is informed, believes and thereon alleges that there are additional parties

20    who, as claimants or potentials claimants, may be necessary defendants in this case, but Liberty

21    is presently unaware of the names and identities of those parties.

22    22.    Modtech is a modular buildings manufacturer and licensed contractor in the State

23    of California.

24    23.    Liberty is informed, believes and thereon alleges that Defendants Express,

25    Distinctive Countertops, Westphal, Urban Concrete, Stuart Gatson, Karcher, Jameson, West

26    Coast, Carpenters SW, Reliable Floor, Max Equipment, Haley Industrial, Village Woodcrafts

27    and Harrison Construction (collectively, "Claimants"), and each of them, have performed work

28    for, on behalf of or at the request of Modtech.

**FIRST CAUSE OF ACTION**

(Interplead Penal Amount of License Bond No. 024022768)

24.     Liberty incorporates by reference Paragraphs 1 through 21 as though fully set forth herein.

25.     Liberty, as surety, issued numerous contract and commercial bonds on behalf of Modtech, including, among others, Contractor's Bond, Bond No. 024022768 ("License Bond"), on file with the State of California Contractors State License Board.  A true and correct copy of the License Bond is attached hereto as **EXHIBIT A**.

26.     The penal sum of the License Bond is $12,500, in accordance with California law.

27.     On October 20, 2008, Modtech filed its petition for Chapter 11 Bankruptcy protection.

28.     Modtech has allegedly defaulted on numerous payment and other obligations to its subcontractors and suppliers, including, but not limited to, the Claimants.

29.     Liberty has received numerous claims against the License Bond, and the aggregate sum of the claims received exceed the penal sum of the License Bond.  Specifically, as of the filing of this complaint, Liberty has received the following claims against the License Bond:

       a)  **Express Construction** seeks payment of a claim against the License Bond in the amount of Seven Thousand Nine Hundred Ninety-Two Dollars and Fifty Cents ($7,992.50).  A true and correct copy of the Express Construction claim received by Liberty is attached hereto as **EXHIBIT B**.

       b)  **Distinctive Countertops** seeks payment of a claim against the License Bond in the amount of Six Thousand Seven Hundred Seventy-Five Dollars ($6,775.00).  A true and correct copy of the Distinctive Countertops claim received by Liberty is attached hereto as **EXHIBIT C**.

       c)  **Westphal** seeks payment of a claim against the License Bond in the amount of Twelve Thousand Three Hundred Eighty-Two Dollars and Forty Cents

1    ($12,382.30).  A true and correct copy of the Westphal claim received by Liberty

2    is attached hereto as **EXHIBIT D**.

3    d) **Urban Concrete** seeks payment of a claim against the License Bond in the

4    amount of Twenty-Seven Thousand Four Hundred Fifty Dollars ($27,450.00).  A

5    true and correct copy of the Urban Concrete claim received by Liberty is attached

6    hereto as **EXHIBIT E**.

7    e) **Stuart Gatson** seeks payment of a claim against the License Bond in the amount

8    of Forty Thousand Six Hundred Sixty-Five Dollars and Twenty-Five Cents

9    ($40,665.25).  A true and correct copy of the Stuart Gatson claim received by

10    Liberty is attached hereto as **EXHIBIT F**.

11    f) **Karcher** seeks payment of a claim against the License Bond in the amount of

12    One Thousand Seven Hundred Sixty-Three Dollars and Fifty Cents ($1,763.50).

13    A true and correct copy of the Karcher claim received by Liberty is attached

14    hereto as **EXHIBIT G**.

15    g) **Jameson** seeks payment of a claim against the License Bond in the amount of

16    Three Thousand Eight Hundred Eighty-Six Dollars and Thirty-Six Cents

17    ($3,886.36).  A true and correct copy of the Jameson claim received by Liberty is

18    attached hereto as **EXHIBIT H**.

19    h) **West Coast** seeks payment of a claim against the License Bond in the amount of

20    Twenty-Eight Thousand Five Hundred and Fifty-Five Dollars ($28,555.00).  A

21    true and correct copy of the West Coast claim received by Liberty is attached

22    hereto as **EXHIBIT I**.

23    i) **Carpenters SW** seeks payment of a claim against the License Bond in the

24    amount of Two Thousand Nine Hundred Sixty-Nine Dollars and Fifty-Seven

25    Cents ($2,969.57).  A true and correct copy of the Carpenters SW claim received

26    by Liberty is attached hereto as **EXHIBIT J-1**.  Liberty would show that the

27    claim of Carpenters SW has been resolved and/or released under another surety

28    bond. See **EXHIBIT J-2**.

1       j)  **Reliable Floor** seeks payment of a claim against the License Bond in the amount

2           of Three Thousand Five Hundred Nine Dollars and Ninety Cents ($3,509.90).  A

3           true and correct copy of the Carpenters SW claim received by Liberty is attached

4           hereto as **EXHIBIT K.**  Upon information and belief, the claim of Reliable Floor

5           has been resolved and/or released and Reliable Floors is no longer pursuing a

6           claim under the License Bond.

7       k)  **Max Equipment** seeks payment of a claim against the License Bond in the

8           amount of Two Thousand One Dollars and Sixty-One Cents ($2,001.61).  A true

9           and correct copy of the Max Equipment claim received by Liberty is attached

10          hereto as **EXHIBIT L.**

11      l)  **Haley Industrial** seeks payment of a claim against the License Bond in the

12          amount of Ten Thousand Two Hundred Nineteen Dollars and Fifty-Two Cents

13          ($10,219.52).  A true and correct copy of the Haley Industrial claim received by

14          Liberty is attached hereto as **EXHIBIT M.**

15      m)  **Village Woodcrafts** seeks payment of a claim against the License Bond in the

16          amount of Thirty Thousand Five Hundred Eighty-Six Dollars and Eighty-Seven

17          Cents ($30,586.87).  A true and correct copy of the Village Woodcrafts

18          documents received by Liberty are attached hereto as **EXHIBIT N.**

19      n)  **Harrison Construction** seeks payment of a claim against the License Bond in the

20          amount of Two Thousand Nine Hundred Dollars ($2,900.00).  A true and correct

21          copy of the Village Woodcrafts documents received by Liberty are attached

22          hereto as **EXHIBIT O.**

23      30.    All of the above-referenced claims against the License Bond are adverse and

24  conflicting and in the aggregate exceed the penal sum of the License Bond.  The claims are made

25  without Liberty's collusion, and Liberty has no interest in any part of any claim heretofore

26  tendered, save and except that if the total amount of all adjudicated claims is less than the penal

27  sum of the License Bond, then Liberty is liable for only such aggregate sum, and no more.

28

31.    Liberty stands ready, able and willing, upon order of this Court, to pay the full penal sum of its Bond, $12,500, into the registry of this Court, for it to hold, pending a determination by this Court of the rights of the respective Defendants, provided that, to the extent that the court may determine that the valid claims against the Bond, including Liberty's attorneys fees and expenses and court costs are, in the aggregate, less than the amount of the Bond, that the difference be refunded to Liberty.

32.    Depositing the Judgment Proceeds into the Court is appropriate under Rule 67 of the Federal Rules of Civil Procedure (incorporated by Rule 7067 of the Federal Rules of Bankruptcy Procedure), which states in relevant part:

**Rule 67. Deposit into Court**

**(a)  Depositing Property.**

If any part of the relief sought is a money judgment or the disposition of a sum of money or some other deliverable thing, a party — on notice to every other party and by leave of court — may deposit with the court all or part of the money or thing, whether or not that party claims any of it. The depositing party must deliver to the clerk a copy of the order permitting deposit.

33.    Additionally, pursuant to 28 U.S.C. § 1335, depositing the funds with the Court (an action in the nature of interpleader) is appropriate where a party has possession of property of a value greater than $500 (in this case the License Bond penal sum), to which two or more diverse parties are claiming or may claim entitlement to such property.  Such claims to the property at issue need not have a common origin or be identical, but must only be adverse to and independent of one another.  See 28 U.S.C. § 1335(b).

34.    Unless Claimants, and each of them, are restrained from prosecuting their individual actions or claims against Liberty and/or the License Bond, Liberty will suffer irreparable injury, in that it may be subjected to protracted, multiple, and expensive litigation, excessive costs of suit, attorneys' fees, and other expenses.

35.     Liberty has no other adequate remedy at law and therefore seeks an order of this Court, pursuant to FRBP 7067 and LBR 7067.1, to deposit the penal sum of the Bond into this Court's Registry, to be disbursed pursuant to further Court Order.

36.     Liberty has incurred, and continues to incur, attorneys' fees and costs as a result of these proceedings, and is entitled as a matter of law to an allowance of its attorneys' fees and costs from the License Bond proceeds.

**WHEREFORE**, Plaintiff Liberty prays for judgment against Defendants, and each of them, as follows:

a) Defendants, and each of them, be ordered to interplead and litigate their respective rights and claims against Liberty and/or the License Bond;

b) That Liberty be ordered by this Court to deposit the penal sum of the License Bond into this Court's Registry, in accordance with the terms and conditions of LBR 7067.1;

c) That the License Bond be exonerated and Liberty be discharged from any and all liability on account of any and all claims and demands asserted against Liberty and/or the License Bond once Liberty delivers to the Court, or the entity designated by the Court, the penal sum of the License Bond;

d) That Defendants, and each of them, be restrained from instituting or prosecuting any other action against Liberty and/or the License Bond;

e) That Liberty be awarded its reasonable attorneys' fees and costs incurred in connection with this action, according to proof; and

f) For all such other relief the Court finds necessary and just.

Dated: January 12, 2010                    Respectfully submitted,

                                           PEITZMAN, WEG & KEMPINSKY LLP


                                    by:    _/s/ Jennifer W. Leland_____
                                           Jennifer W. Leland

and

MANIER & HEROD, P.C.

by:    _/s/ Scott C. Williams_
       Scott C. Williams (admitted *pro hac vice*)


Attorneys for Liberty Mutual Insurance Company,
Inc.

# Exhibit A

THIS BOND SHALL BE FILED WITH THE REGISTRAR OF CONTRACTORS
STATE OF CALIFORNIA
CONTRACTORS STATE LICENSE BOARD

SURETY CODE  A50

BOND NO.  024022768

LICENSE NO.  461402
OR
APP. FEE NO.

# Contractor's Bond

*(BUSINESS AND PROFESSIONS CODE SECTIONS 7071.5-7071.11)*

The premium on this bond is $  250.00                    for the term  3 years

KNOW ALL BY THESE PRESENTS:  That  MODTECH HOLDINGS, INC.
**BUSINESS NAME SHOWN ON APPLICATION OR LICENSE**

whose address for service is  2830 Barrett Avenue, Perris, CA  92571
STREET ADDRESS                          CITY                    STATE    ZIP CODE

as Principal, and  LIBERTY MUTUAL INSURANCE COMPANY
NAME OF SURETY

a corporation organized under the laws of  MA

and authorized to transact a general surety business in the State of California, as Surety, are held and firmly bound unto the State of California, for the penal sum of Ten Thousand Dollars ($10,000) for the payment of which well and truly to be made we bind ourselves, our heirs, administrators, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, The provisions of Sections 7071.6 and 7071.8, Business and Professions Code, require that the Principal file or have on file with the Registrar a bond issued by an admitted surety in the sum of $10,000 and this bond is executed and tendered in accordance therewith.

NOW THEREFORE, The conditions of the foregoing obligation are that if the Principal shall comply with and be subject to the provisions of Division 3, Chapter 9 (commencing with Section 7000) of the Business and Professions Code, then this obligation shall be null and void; otherwise to remain in full force and effect.

PROVIDED HOWEVER, This bond is issued subject to the following express conditions:

1. This bond may be cancelled by the Surety in accordance with the provisions of Sections 996.310 et seq. of the *Code of Civil Procedure.*

2. This bond shall be deemed continuous in form and shall remain in full force and effect and shall run concurrently with the license period for which license is granted and each and every succeeding license period or periods for which said Principal may be licensed, after which liability hereunder shall cease except as to any liability or indebtedness therefore incurred or accrued hereunder.

3. The limitation of the liability of the Surety and the conditions of the bond are set forth in Sections 7071.5, 7071.6, and 7071.11, *Business and Professions Code* and any person claiming against said bond may bring an action in a proper court on this bond for the amount of the damage he may suffer as the result of such acts or omissions by the Principal, except that such action must be brought within two (2) years after the expiration of the license period during which the act or omission occurred, except provided further that a claim for fringe benefits shall be brought within six (6) months after the date the fringe benefit delinquencies were discovered, and any civil action thereon shall be filed within two (2) years after the date the fringe benefit contributions were due.

4. This bond is executed by the Surety to comply with the provisions of Division 3, Chapter 9, (commencing with Section 7000) of the *Business and Professions Code* and of Chapter 2, Title 14, Part 2 (commencing with Section 995.010) of the *Code of Civil Procedure* and said bond shall be subject to all of the terms and provisions thereof.

5. This bond to become effective                    9/21/2005
                                                              DATE

LIBERTY MUTUAL INSURANCE COMPANY
NAME OF SURETY

450 Plymouth Road, Suite 400
Plymouth Meeting, PA  19462-1644
ADDRESS FOR SERVICE

I certify (or declare) under penalty of perjury under the laws of the State of California that I have executed the foregoing bond under an unrevoked power of attorney.

Executed in            Los Angeles, CA            on    9/21/2005        , under the laws of the State of California.
                  CITY AND STATE                              DATE

Certificate of Authority #  2131            Signature of Attorney-In-Fact

                                                    Printed or Typed Name of Attorney-In-Fact  Michael R. Mayberry

                                                    Address of Attorney-In-Fact  707 Wilshire Blvd., Suite 6000, Los Angeles, CA  90017

                                                    Telephone Number of Attorney-In-Fact  (213) 630-3200

BOND·CONTR

9


EXHIBIT
A



**Liberty Mutual.**

Los Angeles
Orange Commerce Center
505 S. Main Street, Suite 830
Orange, CA 92868
714-542-0115  Fax: 714-542-9719

**Report of Changing Bond Amount**

Registered :                                                 May 04, 2007

Market Segment:                                        Large Contract

Producer Code:                                                    024029

---

**Principal:**
MODTECH HOLDINGS INC
2830 Barrett Avenue
Perris, CA 92571

**Account:**
MODTECH HOLDINGS INC
2830 Barrett Avenue
Perris, CA 92571

---

**Producer:**
Aon Risk Services, Inc. of So. Calif. Ins. Servs.
707 Wilshire Blvd.
Suite 2600
Los Angeles, CA 90017

**Invoiced to:**
Aon Risk Services, Inc. of So. Calif. Ins. Servs.
707 Wilshire Blvd.
Suite 2600
Los Angeles, CA 90017

---

**LMS Bond Number:**        024022768

**Obligee:**

State of California Contractors State License Board
P.O. Box 26000
Sacramento, CA 95826

**Cross Reference:**

**Additional Obligees:**

**Transaction Eff. Date:**    01/01/07

| | | | |
|---|---|---|---|
| **Bond Period:** | 09/21/05 to 09/21/08 | **Premium Period:** | 09/21/05 to 09/21/08 |
| **Cancellation Provision:** | 30 Days | **Renewal Type:** | Continuous Until Canceled |
| **Liberty Company:** | Liberty Mutual Insurance Company | **Class Code:** | 908 |
| **Bond Amount:** | 12,500.00 USD | **Co-surety:** | |

---

**Bond Description:**

Contractor's License / Surety Code A50 / License No. 461402 3yr Term Renewal.

---

**Transaction Comments:**

BOND AMOUNT INCREASED

---

**Amt in USD**

| **Bond Premium:** | **Producer Commission:** |
|---|---|
| 0.00 | 0.00 |
| **Net Premium:** | 0.00 |

10

**User:** M . HUTCHENS

**Printed:**    December 30, 2008


**Liberty Mutual.**

Los Angeles
Orange Commerce Center
505 S. Main Street, Suite 830
Orange, CA 92868
714-542-0115  Fax: 714-542-9719

**Report of Renewal**

**Registered :**                    August 19, 2008

**Market Segment:**                 Large Contract

**Producer Code:**                          024029

---

**Principal:**
MODTECH HOLDINGS INC
2830 Barrett Avenue
Perris, CA 92571

**Account:**
MODTECH HOLDINGS INC
2830 Barrett Avenue
Perris, CA 92571

---

**Producer:**
Aon Risk Services, Inc. of So. Calif. Ins. Servs.
707 Wilshire Blvd.
Suite 2600
Los Angeles, CA 90017

**Invoiced to:**
Aon Risk Services, Inc. of So. Calif. Ins. Servs.
707 Wilshire Blvd.
Suite 2600
Los Angeles, CA 90017

---

**LMS Bond Number:**      024022768

**Obligee:**

State of California Contractors State License Board
P.O. Box 26000
Sacramento, CA 95826

**Cross Reference:**

**Additional Obligees:**

---

**Transaction Eff. Date:**   09/21/08

**Bond Period:**      09/21/08    to    09/21/11

**Cancellation Provision:**       30 Days

**Liberty Company:**   Liberty Mutual Insurance Company

**Bond Amount:**            12,500.00 USD

**Premium Period:**   09/21/08    to    09/21/11

**Renewal Type:**     Continuous Until Canceled

**Class Code:**       908

**Co-surety:**

---

**Bond Description:**
Contractor's License / Surety Code A50 / License No. 461402 3yr Term Renewal.

---

**Transaction Comments:**
RENEWAL TERM 2008/2011

---

**Amt in USD**

| Bond Premium: | Producer Commission: |
|---|---|
| 313.00 | 93.90 |

**Net Premium:**          219.10          11

---

**User:**  M . Aguinaldo                                      **Printed:**      December 30, 2008

# Exhibit B

# Express Construction and Environmental Services, Inc

110 E. 9 The Street, Suite B1220, Los Angeles CA 90079
Phone (213) 891-1367
Fax (213) 891-1292

Dec 1st 2008

Re; Bond claim.

To Whom It May Concern:

Express Construction and Environmental Services, INC has made several attempts to collect money owed to us by Modtech holdings, INC for work done at;

Lasselle Elementry School
Moreno Valley, CA 92555

On 4-22-05 In the amount of $ 7,992.50 The scope of work was remediation/ cleans up of moisture and mold damaged in buildings D, E, F, G, H, J, &RSP Restrooms. Liberty Mutual insurance company is Modtech holdings, INC bond. The bond # is 024022768. If you have any question regarding this claim please feels free to contact us at 213-891-1367.

Thank you,

Adrian Flores
Ceo Express Construction and Environmental Services, INC



EXHIBIT
B

12

# Exhibit C

# *DISTINCTIVE COUNTERTOPS, INC.*

*41596 Eagle Point Way • Temecula, CA 92591 •(951) 536-1030 •Fax: (951) 676-7813*

*Lic# 840513*

# *Fax*

| | | | |
|---|---|---|---|
| *To:* | *Whom it may Concern* | *From:* | *Francine Jackson* |
| *Fax:* | *(714)542-9719* | *Pages:* | *25 Including Cover* |
| *Phone:* | | *Date:* | *11/13/2008* |
| *Re:* | *ModTech Holdings, Inc.* | *CC:* | |

*Bond # 024 022 768*

☐ *Urgent*    ☐ *For Review*    ☐ *Please Comment*    ☐ *Please Reply*

*·Comments:*

*Hi There,*

*Please review attachments.*

*Thanks,*
*Francine Jackson*



LIBERTY MUTUAL SURETY

NOV 1 3 2008

RECEIVED

**EXHIBIT**

*C*

# DISTINCTIVE COUNTERTOPS, INC.

November 13, 2008

Suerty Company of the Pacific
505 South Main Street Suite 830
Orange, CA 92668

To Whom It May Concern:

I was directed to inform your company regarding a matter of unpaid furnished materials by one of your clients.

Enclosed I have copies of the supporting information to file the claim against the bond of ModTech Holdings, Inc.

If there is anything else needed to further your processing, please contact me at your earliest convenience.

Thank you for your business.

Sincerely,

Francine Jackson
Distinctive Countertops
Administrative Assistant

Enclosures:     Letter from Surety Company of the Pacific
                Copy of Claim Against ModTech Holdings, Inc
                Contractor's License Detail
                Specimen
                Purchase Orders
                Proof of Deliveries
                Invoices

14

41596 Eagle Point Way ❖ Temecula, CA 92591 ❖ Phone: (951) 676-2424 ❖ Fax: (951) 676-7813

## NOTICE OF NEW CLAIM

NOV 0 4 2008

This form is for filing of a new claim.  If you have already submitted your claim by mail, fax or phone, please do not complete this form.  To check on the status of an existing claim, please contact the Claims Department at 818 609 9232, ext. 232.  Claims are not processed via email or through the Surety Company of the Pacific website. When completed, please return by mail or fax as indicated below. Our response will be sent via US Mail immediately but in no event later than 15 days from our receipt of this notice.

| Claimant Name: | Name of Bonded Contractor (please include company name): |
|---|---|
| DISTINCTIVE Countertops INC | ( ModTech Holdings, Inc ) |
| Address: | Address: |
| 45916 Eagle Point Way | 2830 Barrett Ave |
| Temecula, Ca 92591 | Perris, Ca 92571 |
| | Phone: (951) 943-0414 |
| Claimant's contractors license number (if applicable): 840513 | Bond Number: 024022768  No SCP bond |
| Phone: (951) 676-2424 | License Number: 461402 |

Name of person submitting this claim (please print): FRANCINE Jackson
Address and phone number (if different from claimant address above):

NEW CLAIM

CC

**Type of claim: (Choose One)**
- [ ] New Home Construction
- [ ] Union trust fund
- [ ] Employee seeking unpaid wages
- [x] Unpaid supplies/ subcontracted services
- [ ] Commercial/income property owner
- [ ] General Contractor against subcontractor
- [ ] Homeowner contracting for home improvement
- [ ] Other

Contract Date: 6/17/08
Date work started: 6/17/08
Date work stopped: 7/25/08

**This claim relates to:  (check all that apply)**
- [ ] Abandonment
- [ ] Workmanship
- [ ] Non-compliance with Building Codes
- [x] Failure to pay for materials/ services
- [ ] Other

Claim Amount: $6,775.00

Please return this completed form to:  **Surety Company of the Pacific, Attention: New Claims**
PO Box 10289
Van Nuys CA 91410        FAX: 818 705 8677

| For office use only | | | |
|---|---|---|---|
| NOC Received: | Type: | Taken By: | Time: |

## Department of Consumer Affairs
# Contractors State License Board

## Contractor's License Detail  -  License # 461402

⚠ **DISCLAIMER:** A license status check provides information taken from the CSLB license database. Before relying on this information, you should be aware of the following limitations.

→ CSLB complaint disclosure is restricted by law (B&P 7124.6). If this entity is subject to public complaint disclosure, a link for complaint disclosure will appear below. Click on the link or button to obtain complaint and/or legal action information.

→ Per B&P 7071.17, only construction related civil judgments reported to the CSLB are disclosed.

→ Arbitrations are not listed unless the contractor fails to comply with the terms of the arbitration.

→ Due to workload, there may be relevant information that has not yet been entered onto the Board's license database.

| | |
|---|---|
| License Number: | 461402 |
| | Extract Date: 11/04/2008 |
| Business Information: | MODTECH HOLDINGS INC |
| | 2830 BARRETT AVENUE |
| | PERRIS, CA 92571 |
| | Business Phone Number: (951) 943-4014 |
| Entity: | Corporation |
| Issue Date: | 08/20/1984 |
| Reissue Date: | 09/29/2000 |
| Expire Date: | 09/30/2010 |
| License Status: | This license is current and active. All information below should be reviewed. |
| Additional Status: | The license may be suspended at a future date if the qualifying person is not replaced by 12/16/2008. |

| Classifications: | CLASS | DESCRIPTION |
|---|---|---|
| | B | GENERAL BUILDING CONTRACTOR |

| | |
|---|---|
| Bonding: | **CONTRACTOR'S BOND**<br><br>This license filed Contractor's Bond number 024022768 in the amount of $12,500 with the bonding company<br>LIBERTY MUTUAL INSURANCE COMPANY.<br><br>**Effective Date:** 01/01/2007<br>Contractor's Bonding History |
| Workers' Compensation: | This license has workers compensation insurance with the<br>EXPLORER INSURANCE COMPANY<br><br>Policy Number: WHO220390402<br><br>**Effective Date:** 08/01/2008<br><br>**Expire Date:** 08/01/2009<br><br>Workers' Compensation History |

| | DATE | DESCRIPTION |
|---|---|---|
| Miscellaneous Information: | 08/31/2000 | SEC OF STATE-MERGER 7-5-2000 |

16

Check a License or Home Improvement Salesperson (HIS) Registration - Contractors State License Board    Page 2 of 2

| 09/29/2000 | LICENSE REISSUED TO ANOTHER ENTITY |

Personnel listed on this license (current or disassociated) are listed on other licenses.

Conditions of Use | Privacy Policy
Copyright © 2006 State of California

17

## PROOF OF CLAIM – CONSTRUCTION CONTRACT

Filing does not constitute acceptance or waiver by the Surety.

**State of**

                **SS**        Claim No. _____024022768.15_____

**County of**

The undersigned, being duly sworn, deposes and says;

I hold the position shown below, and in such position I am familiar with the books and business of the claimant and am authorized to make this affidavit. The facts set out below are true.

| ALL ITEMS BELOW MUST BE COMPLETED, IF NONE, OR NOT APPLICABLE, SO STATE, |
|---|

Name and address of claimant: *Distinctive Countertops, Inc. 41896 Eagle Point Way Temecula, Ca 92591*

Name and address of debtor (YOUR CUSTOMER): *Mod Tech Holdings, Inc.*

Affiant's name and position with claimant: *Francine Jackson Administrative Assistant*

Name and address of surety's principal (IF NOT CUSTOMER):

**RECEIVED**
**DEC 01 2008**
**LMS CLAIMS**

Legal status of claimant

☐ Corporation   ☐ Partnership   ☒ Individual

Description of services or materials claimed for, and dates when supplied or delivered: *Furnished plastic Laminate Countertops*

FIRST AND LAST DAY LABOR AND/OR MATERIALS SUPPLIED (REQUIRED):

Project where services or materials used: *At Customer Site*

☐ Subcontract   ☐ Purchase order   ☐ Open Account
☐ Other
☒ Oral   ☐ Written (attach copy)

| | NOTICE GIVEN | | Computation of Claim | |
|---|---|---|---|---|
| **TO** | **DATE** | **HOW** | | |
| Surety | 11/07 | Mail & Fax | Agreed Price | $ 6775.00 |
| Owner | | | Extras or adjustments | $ |
| Principal | | | Sub Total | $ |
| | | | Paid on account or credits | $ |
| | | | Net Claim | $ |

Collateral security held   *NONE*

Has this claim been assigned?  To whom?   *Mod Tech Holdings, Inc*

Liens or encumbrances on claim (AMOUNT, DATE)

Amount due from claimant to others on this job. To whom?   *$ 6775 00*

A copy of the subcontract or purchase order and copies of delivery tickets or other evidences of receipt of the materials or services are attached and made a part of this affidavit.

A copy of each written notice alleged to have been given is attached, and made a part of this affidavit.

This affidavit is made to induce Surety, on a bond covering the above mentioned contract, to settle the claim herein set forth.

*Francine Jack*

(Signature of person making affidavit)

Signed and sworn to before me on _November 24_ , 20 _08_ , said subscriber being known to me and known by me to be the person described in the above instrument.

_____

**Notary Public**

# Exhibit D

024022768.5
Wills

# Art Westphal Painting

**6303 Foster Drive Riverside, California 92506**
**Ph # (951) 440-2431**

RECEIVED
NOV 1 2 2008
LIBERTY MUTUAL SURETY

LIBERTY MUTUAL SURETY                                November 7, 2008
Interchange Corporate Center
450 Plymouth Road Suite 400
Plymouth Meeting, PA  19462-1644

Attn:  Douglas Wills

    This letter is to file a complaint against MODTECH HOLDINGS INC.,
2830 Barrett Avenue Perris, California  92571.  Bond Number 024022768
    Enclosed please find a letter addressed to Art Westphal Painting from Modtech
Holdings Inc., which states outstanding open Invoices owed to Art Westphal Painting.  In
addition, I have enclosed a letter from Art Westphal Painting requesting these invoices be
resolved.  No response has been made from Modtech Holdings, Inc.  Therefore, I am
filing this complaint in attempt to resolve these issues.

The following are the retentions still owed to Art Westphal Painting:

| | CONTRACT NO: | AMOUNT |
|---|---|---|
| ETIWANDA USD | 4409 | $ 360.00 |
| GRANT UNION USD | 4212 | $1,900.00 |
| OAKLAND USD (Highland) | 3794 | $1,958.90 |
| OAKLAND USD (Hawthorne) | 3793 | $1,958.90 |
| TEMPLE CITY USD | 3608 | $3,104.60 |
| CHINO USD | 3400 | $1,850.00 |
| AZUSA USD | 4176 | $1,250.00 |
| TOTAL: | 12,382.40 | |

Thank you in advance for your time and consideration in this matter.

Sincerely,

Art Westphal
Owner

EXHIBIT

D

19

## PROOF OF CLAIM – CONSTRUCTION CONTRACT

Filing does not constitute acceptance or waiver by the Surety.

State of

County of

SS    Claim No. _____ 024022768.5 _____

The undersigned, being duly sworn, deposes and says;

I hold the position shown below, and in such position I am familiar with the books and business of the claimant and am authorized to make this affidavit. The facts set out below are true.

| ALL ITEMS BELOW MUST BE COMPLETED, IF NONE, OR NOT APPLICABLE, SO STATE, |
|---|

**Name and address of claimant**
*ART WESTPHAL PAINTING*
*822.2 CARNATION COURT*
*RIVERSIDE, CA. 92503*

**Name and address of debtor (YOUR CUSTOMER)**
*MODTECH HOLDINGS INC.,*
*2830 BARRETT AVENUE*
*PERRIS, CA. 92572*

**Affiant's name and position with claimant**
*ART WESTPHAL, OWNER*

**Name and address of surety's principal (IF NOT CUSTOMER)**

**Legal status of claimant**
☐ Corporation   ☐ Partnership   ☒ Individual

Description of services or materials claimed for, and dates when supplied or delivered

FIRST AND LAST DAY LABOR AND/OR MATERIALS SUPPLIED (REQUIRED): *SEE ATTACHED*

**Project where services or materials used**
*MULTIPLE - SEE ATTACHED*

☒ Subcontract   ☐ Purchase order   ☐ Open Account
☐ Other
☒ Oral   ☐ Written (attach copy)

**Computation of Claim**

| NOTICE GIVEN | | | Computation of Claim | |
|---|---|---|---|---|
| TO | DATE | HOW | | |
| Surety | 5/2/08 | MAIL | Agreed Price | $ _____ |
| Owner | 4/26/08 | CERTIFIED | Extras or adjustments | $ _____ |
| | | | Sub Total | $ _____ |
| Principal | 4/04/05 | MAIL/FAX | Paid on account or credits | $ _____ |
| | | | Net Claim | $ 72,383.40 |

**Collateral security held**
NONE

**Has this claim been assigned? To whom?**
NO

**Liens or encumbrances on claim (AMOUNT, DATE)**
NONE

RECEIVED
MAY 15 2008
SURETY LAW DEPT.

**Amount due from claimant to others on this job. To whom?**
NONE

A copy of the subcontract or purchase order and copies of delivery tickets or other evidences of receipt of the materials or services are attached and made a part of this affidavit.

A copy of each written notice alleged to have been given is attached, and made a part of this affidavit.

This affidavit is made to induce Surety, on a bond covering the above mentioned contract, to settle the claim herein set forth.

_____
(Signature of person making affidavit)

Signed and sworn to before me on _____, 20_____, said subscriber being known to me and known by me to be the person described in the above instrument.

_____
Notary Public

Proof of Claim Construction Contract

*"SEE ATTACHMENT."*

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_____        _____
Signature of Document Signer No. 1                          Signature of Document Signer No. 2 (if any)

State of California

County of _Riverside_

Subscribed and sworn to (or affirmed) before me on this

_12th_ day of _May_, 20 _08_, by
  Date              Month           Year

(1) _Arthur J Westphal_,
                    Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (,)

(and

(2)_____,
                    Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

Signature _____
                    Signature of Notary Public

**CARLOS RIOS**
Commission # 1719705
Notary Public - California
Riverside County
My Comm. Expires Jan 23, 2011

Place Notary Seal Above

---

## OPTIONAL

*Though the information below is not required by law, it may prove
valuable to persons relying on the document and could prevent
fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: _Proof of Claim. Cns. Agrmeet._

Document Date: _5/12/08_    Number of Pages: _1_

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org    Item #5910    Reorder: Call Toll-Free 1-800-876-6827

# Exhibit E

Urban Concrete, Inc.
29190 Riverside Drive
Lake Elsinore, CA  92530
951-471-1200

October 22, 2008

0640026 8

RECEIVED

OCT 2 4 2008

LMS CLAIMS

Doug Wills, Esquire
Senior Surety Counsel
Liberty Mutual Surety
Interchange Corporate Center
Plymouth Meeting, Pennsylvania  19462

Dear Mr. Wills,

We performed work for Modtech Holdings, Inc. on two projects and have not received
any payment.  We would like to open claims on their Bonds.  I have enclosed two
packages, one for each job.  On one of the Jobs I have the Bond number, but on the other
I do not.  If need be can we file a claim on their Contractors License Bond and if so
would that be through you also?  Could you please let me know if there is anything else I
need to do for this process?  Thank you for your prompt attention to this matter.  If you
need any other information please contact me at 951-471-1200.
Thanks

Urban Concrete, Inc.

*Michele Mullins*

Michele Mullins



EXHIBIT

E

**Modtech Holdings, Inc.**

**Job Location   Valencia Community Center - Richmond Park, 711 S. Highland, Fullerton**
**Modtech Job # 6863**

| Date | | | |
|------|---|---|---|
| 8/11/2008 | Contract Issued | 27,100.00 | |
| 9/9/2008 | Change order #1 issued | 350.00 | |
| | | 27,450.00 | |
| | **Final Amount Due for work performed** | **27,450.00** | |

| | | | |
|------|---|---|---|
| 9/4/2008 | 4766C | Invoice for Contract  less retention | 24,390.00 |
| 9/4/2008 | 4767R | Invoice for retention on Contract | 2,710.00 |
| 9/17/2008 | 4780CO | Invoice for C.O. #1 less retention | 315.00 |
| 9/17/2008 | 4781R | Invoice for retention on C.O. #1 | 35.00 |
| | | **Total Invoiced for this project** | **27,450.00** |

8/21/2008 California Preliminary 20 day Notice Mailed Certified
8/14/2008 Work Started by Urban Concrete, Inc.
8/26/2008 Work Completed by Urban Concrete, Inc.
10/20/2008 We were notified that Modtech filed chapter 11
10/20/2008 Stop Notice sent Certified Mail
10/22/2008 Request to make claim on payment Bond mailed
10/22/2008 Mechanics Lien Filed

## PROOF OF CLAIM – CONSTRUCTION CONTRACT

Filing does not constitute acceptance or waiver by the Surety.

State of

County of

SS          Claim No. _____024022768.13_____

The undersigned, being duly sworn, deposes and says;

I hold the position shown below, and in such position I am familiar with the books and business of the claimant and am authorized to make this affidavit. The facts set out below are true.

| ALL ITEMS BELOW MUST BE COMPLETED, IF NONE, OR NOT APPLICABLE, SO STATE, |
|---|

Name and address of claimant

URBAN CONCRETE, INC.
29190 RIVERSIDE DRIVE
LAKE ELSINORE, CA

Name and address of debtor (YOUR CUSTOMER)

MODTECH HOLDINGS, INC.
2830 BARRETT AVE.
PERRIS, CA 92571

Affiant's name and position with claimant

MICHELE MULLINS, CONTROLLER

Name and address of surety's principal (IF NOT CUSTOMER)

Legal status of claimant

☒ Corporation   ☐ Partnership   ☐ Individual

Description of services or materials claimed for, and dates when supplied or delivered
CONCRETE LABOR AND MATERIALS TO CONSTRUCT CONCRETE FOUNDATION FOR MODULAR BUILDING.

FIRST AND LAST DAY LABOR AND/OR MATERIALS SUPPLIED (REQUIRED):

Project where services or materials used
RICHMAN PARK
711 S. HIGHLAND, FULLERTON, CA 92832

☒ Subcontract   ☐ Purchase order   ☐ Open Account
☐ Other _____
☐ Oral   ☐ Written (attach copy)

Computation of Claim

| NOTICE GIVEN | | |
|---|---|---|
| TO | DATE | HOW |
| Surety | 10/22/08 | LETTER |
| Owner | 10/20/08 | STOP NOTICE |
| Principal | 10/21/08 | MECHANICS LIEN |

| Computation of Claim | |
|---|---|
| Agreed Price | $ 27,100.00 |
| Extras or adjustments | $ 350.00 |
| Sub Total | $ |
| Paid on account or credits | $ |
| Net Claim | $ 27,450.00 |

Collateral security held

Has this claim been assigned? To whom?

Liens or encumbrances on claim (AMOUNT, DATE)

Amount due from claimant to others on this job. To whom?
ROBERTSONS $2,281.07

RECEIVED
NOV 21 2008
LMS CLAIMS

A copy of the subcontract or purchase order and copies of delivery tickets or other evidences of receipt of the materials or services are attached and made a part of this affidavit.

A copy of each written notice alleged to have been given is attached, and made a part of this affidavit.

This affidavit is made to induce Surety, on a bond covering the above mentioned contract, to settle the claim herein set forth.

SEE ATTACHED

_____
(Signature of person making affidavit)

Signed and sworn to before me on _____, 20_____, said subscriber being known to me and known by me to be the person described in the above instrument.

_____
Notary Public

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

A copy of each written notice alleged to have been given is attached, and made part of this affidavit. This affidavit is made to induce surety, on a bond covering the above mentioned contract, to settle the claim herein set forth.

_____
Signature of Document Signer No. 1

~~Signature of Document Signer No. 2 (if any)~~

State of California

County of *Riverside*

**SHANNON HEFFLEY**
Commission # 1789119
Notary Public - California
Riverside County
My Comm. Expires Jan 31, 2012

Place Notary Seal Above

Subscribed and sworn to (or affirmed) before me on this
18th day of November, 20 08, by
    Date        Month            Year

(1)____*John Dewey*____,
                Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (,)

~~(and)~~

(2)_____,
                Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

Signature _Shannon Heffley_
                Signature of Notary Public

─────────── *OPTIONAL* ───────────

*Though the information below is not required by law, it may prove
valuable to persons relying on the document and could prevent
fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document:_____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org    Item #5910    Reorder: Call Toll-Free 1-800-876-6827

25

# Exhibit F

*Send to Claims*

## PROOF OF CLAIM – CONSTRUCTION CONTRACT

Filing does not constitute acceptance or waiver by the Surety.

State of *California*

County of *San Bernardino*        SS        Claim No. _024022768.12_

LIBERTY MUTUAL SURETY
NOV 0 7 2008

The undersigned, being duly sworn, deposes and says;

STEVEN C. WHITE

I hold the position shown below, and in such position I am familiar with the books and business of the claimant and am authorized to make this affidavit. The facts set out below are true.

| ALL ITEMS BELOW MUST BE COMPLETED, IF NONE, OR NOT APPLICABLE, SO STATE, | |
|---|---|
| Name and address of claimant *Stuart B. Gatson Consulting & Cont. Inc. 1860 N. Wilson Ave Upland CA 91784* | Name and address of debtor (YOUR CUSTOMER) *Modtech Holdings Inc. 2830 Barrett Avenue Perris CA 92571* |
| Affiant's name and position with claimant *Stuart B. Gatson, President* | Name and address of surety's principal (IF NOT CUSTOMER) *N/A* |
| Legal status of claimant ☑ Corporation   ☐ Partnership   ☐ Individual | |

Description of services or materials claimed for, and dates when supplied or delivered
*Receive, strip, repair and install modular structures & courtyards.*

FIRST AND LAST DAY LABOR AND/OR MATERIALS SUPPLIED (REQUIRED): *5/19/08 to 9/19/08*

| Project where services or materials used *U.S. Army Base Fort Irwin CA* | ☑ Subcontract   ☐ Purchase order   ☐ Open Account ☐ Other _____ ☐ Oral     ☐ Written (attach copy) |
|---|---|

| NOTICE GIVEN | | | Computation of Claim | |
|---|---|---|---|---|
| TO | DATE | HOW | | |
| Surety | *10/24/08* | *Letter* | Agreed Price | $ *120,000.00* |
| | | | Extras or adjustments | $ *125,418.34* |
| Owner | — | — | Sub Total | $ *245,418.34* |
| | | | Paid on account or credits | $ *126,553.09* |
| Principal | — | — | Net Claim | $ *A0,665.25* ✱ |

*✱Claim is for attached invoices only.*

| Collateral security held *None* | |
|---|---|
| Has this claim been assigned? To whom? *N/A* | |
| Liens or encumbrances on claim (AMOUNT, DATE) *None* | |
| Amount due from claimant to others on this job. To whom? *None* | |

A copy of the subcontract or purchase order and copies of delivery tickets or other evidences of receipt of the materials or services are attached and made a part of this affidavit.

A copy of each written notice alleged to have been given is attached, and made a part of this affidavit.

This affidavit is made to induce Surety, on a bond covering the above mentioned contract, to settle the claim herein set forth.

_____
(Signature of person making affidavit)

Signed and sworn to before me on ___*11/5*___, 20 *08*, said subscriber being known to me and known by me to be the person described in the above instrument.

LIBERTY MUTUAL SURETY        *see attached notary doc*
_____
Notary Public

EXHIBIT
**F**

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

1 _____
2 _____
3 _____
4 _____
5 _____
6 _____

Signature of Document Signer No. 1      Signature of Document Signer No. 2 (if any)

State of California

County of SAN BERNARDINO

Subscribed and sworn to (or affirmed) before me on this

5 day of NOVEMBER, 2008, by
   Date        Month              Year

(1) STUART B. GATON,
                Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (,)

                                              (and

(2) _____,
                Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

Signature _____
                Signature of Notary Public

**JULIE M. NICHOLS**
Commission # 1705449
Notary Public - California
San Bernardino County
My Comm. Expires Dec 14, 2010

Place Notary Seal Above

─────── **OPTIONAL** ───────

*Though the information below is not required by law, it may prove
valuable to persons relying on the document and could prevent
fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: PROOF OF CLAIM

Document Date: 11/5/8      Number of Pages: 1

Signer(s) Other Than Named Above: NONE

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827

LIBERTY MUTUAL SURETY

NOV 07 2008      27

RECEIVED



**MODTECH**
Manufacturing and Construction

Modtech Holdings, Inc.
2830 Barrett Avenue
Perris, CA 92571
(951) 943-4014
(951) 940-0427 fax

# SUBCONTRACT

| | | | |
|---|---|---|---|
| **Name** | STUART B GATSON CONS & CONT | **Date:** 05/19/2008 | **Contract No.:** 7406 |
| **Address1** | 8747 Vineyard Avenue #180 | Fort Irwin | |
| | | 57899-01 thru 57982-02 | |
| **City** | Rancho Cucamonga, CA 91730 | 57983-01 thru 58018-04 | |
| **Phone** | (909) 945-0170 | | |

**Contractor Lic No.:** 787240

MODTECH and above named subcontractor agree, as of the above date, that Subcontractor shall, for the stated compensation and upon the Master Terms and Conditions #2005A, furnish all necessary labor, materials, and equipment to perform the following work:

Provide labor and equipment necessary to receive, strip and install 84 single story search structures (2 modules each) and 36 Two (2) story search structures (4 modules each) and 60 courtyard assemblies; Each courtyard assembly is comprised of Two (2) shiploose walls and Two (2) pre-fabricated wall/plate/gate assemblies; Install also includes installation of connection strapping between first and second floors, exterior batts on modlines, roof close up at modline and electrical connections at modlines; all work to be in conformance with MODTECH drawings dated 04/08/2008; Proposal dated 04/24/08; Contractor personnel must attend a base safety class / orientation prior to work on site; all travel;

**COMPENSATION:**     $120,000.00
The above amount includes all present and future taxes imposed by Federal, State and local governments which are applicable to the work.
[IB 40-01020]

**TERMS OF PAYMENT:**
100% Net 30 days upon completion and acceptance of work by an authorized modtech representative and District, Inspector, OR Architect. *PROGRESS BILLINGS SHALL BE WEEKLY BASED ON BUILDINGS ACCEPTED BY OWNER (FORT IRWIN)*
Retention: 10% is held on each billing to be paid 35 days after receipt of the Notice of Completion, from the District.

**LOCATION OF WORK:**
Fort Irwin

LIBERTY MUTUAL SURETY

NOV 07 2008

RECEIVED

*JGasper*
*V.P. Const*
*SBG*

**SPECIAL PROVISIONS:**

1. Subcontract No. must be referenced on all correspondence, to prevent processing delays.
2. Submittals should be sent to - ATTN: Engineering
3. Estimated Time of Work:  Coordinator will contact for schedule.
4. Attachments A & B must be signed and returned along with this Subcontract.
5. Subcontractor must provide on a weekly basis certified payroll reports to Modtech, Inc. as required per the terms of the Master Subcontract Agreement #2005A.

The attached Exhibits and Terms and Conditions consisting of the Master Subcontract Agreement #2007B are incorporated herein and made a part of this Subcontract for reference.   Please sign duplicate Subcontract forms and initial that you have read and agree to the terms and conditions: *SBG*

| | |
|---|---|
| SUBCONTRACTOR  STUART B GATSON CONS & CONT | MODTECH HOLDINGS, INC. |
| By: *Stuart B Gatson* | By: *James W. Gasper* |
| Title: *CEO* | *James W. Gasper / Director of Contract Administration* |
| Date: *5-19-08* | Title: _____ |
| | Date: *5/19/08* |
| Contractor Lic No: _____787240_____ | Contractors Lic #: *H61402* |

**INSTRUCTIONS:**
1. PLEASE TYPE NAME AND TITLE OF PERSON SIGNING AND RETURN ALL COPIES PROMPTLY.
2. PLEASE SHOW SUBCONTRACT NUMBER ON ALL INVOICES AND SUBMIT INVOICES IN TRIPLICATE.
3. SUBCONTRACT MUST BE SIGNED AND RETURNED WITHIN 10 DAYS OF RECEIPT, OR WILL BE CONSIDERED "VOID".

28

*R 5/21/08*

# STUART B. GATSON

**CONSULTING & CONTRACTING INC.**

8747 Vineyard Avenue, #180
Rancho Cucamonga, CA  91730
OFFICE 909-945-0170 FAX 909-945-0172 EMAIL Sue@gatsonconstruction.com

# INVOICE

**DATE:  9/22/08**
**INVOICE # 4926**

**Bill To:**
**Modtech Holdings, Inc.**
**2830 Barrett Avenue**
**Perris, CA  92571**

**For:**
**Military Base**
**Fort Irwin, CA**

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Time and material on the above referenced job for the week of September 15 to September 19, 2008: | | | |
| Labor, 180 hours @ $35.00 pr hour: | | | $6300.00 |
| Motel, 2 rooms @ $38.24 per night = $76.48 for 4 nights: | | | 305.92 |
| Meals for 4 men @ $25.00 per day = $100 x 5 days: | | | 500.00 |
| Fuel to job, motel and back to job, plus for forklift: | | | 1195.00 |
| Material purchase: | | | 51.09 |
| | | Total Due | $8,352.01 |

Make all checks payable to **STUART B. GATSON CONSULTING & CONTRACTING INC.**
Total due upon receipt. Overdue accounts subject to a service charge of 1% per month.

LIBERTY MUTUAL SURETY          **THANK YOU FOR YOUR BUSINESS!**

29

NOV 0 7 2008

RECEIVED

# Exhibit G



## KARCHER ENVIRONMENTAL INC.

September 10, 2008

Liberty Mutual Insurance Company
505 S. Main St., Suite 830
Orange, CA 92668

Ref: Bond No. 024022768

Modtech Holdings, Inc.
2830 Barrett Ave.
Perris, CA 902571

Andy Stephenson, CEO/President

Gentlemen:

Karcher Environmental Inc. would like to file a claim against the above listed bond.

We entered into a contract on March 16, 2007 and performed work. Our customer refuses
to return phone calls and has not submitted payment on the balance due..

Please advise what necessary documents that you will need to complete a claim.

Very truly yours,

Pat Smith
Credit Manager

*Please send to Clauss*

LIBERTY MUTUAL SURETY

SEP 1 1 2008

STEVEN C. WHITE

LIBERTY MUTUAL SURETY

SEP 1 1 2008

RECEIVED

2300 E. Orangewood Ave., Anaheim, CA 92806 • 714-385-1490 • FAX 714-385-1878

EXHIBIT
G

## PROOF OF CLAIM – CONSTRUCTION CONTRACT

Filing does not constitute acceptance or waiver by the Surety.

State of CALIFORNIA

County of ORANGE

SS          Claim No. _____ 024022768.10 _____

The undersigned, being duly sworn, deposes and says;

I hold the position shown below, and in such position I am familiar with the books and business of the claimant and am authorized to make this affidavit.  The facts set out below are true.

| ALL ITEMS BELOW MUST BE COMPLETED, IF NONE, OR NOT APPLICABLE, SO STATE, ||
|---|---|
| Name and address of claimant | Name and address of debtor (YOUR CUSTOMER) |
| KARCHER ENVIRONMENTAL INC<br>2300 E ORANGEWOOD AVE<br>ANAHEIM, CA 92806 | MODTECH HOLDINGS INC<br>2830 BARRETT AVE<br>PERRIS, CA 92571 |
| Affiant's name and position with claimant | Name and address of surety's principal (IF NOT CUSTOMER) |
| PAT SMITH, CREDIT MANAGER | N/A |

Legal status of claimant

☒ Corporation   ☐ Partnership   ☐ Individual

Description of services or materials claimed for, and dates when supplied or delivered

PROVIDED LABOR & MATERIAL FOR REMEDIATION OF CLASSROOMS 3/16/07

FIRST AND LAST DAY LABOR AND/OR MATERIALS SUPPLIED (REQUIRED):

Project where services or materials used

RIO ROSALES E.S.   93030
2001 JACINJTO DR.   OXNARD, CA

☒ Subcontract   ☐ Purchase order   ☐ Open Account
☐ Other _____
☐ Oral        ☒ Written (attach copy)

Computation of Claim

| NOTICE GIVEN ||| | Computation of Claim ||
|---|---|---|---|---|
| TO | DATE | HOW | | |
| Surety | N/A | | Agreed Price | $17,635.00 |
| | | | Extras or adjustments | $ .00 |
| | | | Sub Total | $ 17,635.00 |
| Owner | 3/30/07 | PRE-LIM | Paid on account or credits | $ 15,871.50 |
| | | | Net Claim | $ 1,763.50 |
| Principal | 3/30/07 | PRE-LIM | | |

Collateral security held

N/A

Has this claim been assigned? To whom?

NO

Liens or encumbrances on claim (AMOUNT, DATE)

$1,763.50  3/29/07

Amount due from claimant to others on this job. To whom?

N/A

A copy of the subcontract or purchase order and copies of delivery tickets or other evidences of receipt of the materials or services are attached and made a part of this affidavit.



RECEIVED
SEP 29 2008
SURETY LAW DEPT.

A copy of each written notice alleged to have been given is attached, and made a part of this affidavit.

This affidavit is made to induce Surety, on a bond covering the above mentioned contract, to settle the claim herein set forth.

_____
(Signature of person making affidavit)

Signed and sworn to before me on _____, 20_____, said subscriber being known to me and known by me to be the person described in the above instrument.

_____
**Notary Public**

For your protection California law requires the following to appear on this form

Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of ___ORANGE___ }

On __9/24/08__ before me, __MARIA VASQUEZ, NOTARY PUBLIC__
_____Date_____                    _____Here Insert Name and Title of the Officer_____

personally appeared __PATSY LOU SMITH__
                              _____Name(s) of Signer(s)_____

---

**MARIA VASQUEZ**
**Commission # 1681258**
**Notary Public - California**
**Orange County**
**My Comm. Expires Jul 15, 2010**

Place Notary Seal Above

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____Maria Vasquez_____
                    _____Signature of Notary Public_____

---

## OPTIONAL

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

### Description of Attached Document

Title or Type of Document: __PROOF OF CLAIM-CONSTRUCTION CONTRACT (AFFIDAVIT)__

Document Date: __9/24/08__ _____ Number of Pages: ___2___

Signer(s) Other Than Named Above: _____

### Capacity(ies) Claimed by Signer(s)

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org    Item #5907    Reorder: Call Toll-Free 1-800-876-6827

**MODTECH**

Modtech Holdings,
2830 Barrett Avenue
Perris, CA 92571
(951) 943-4014
(951) 940-0427 fax

# SUBCONTRACT

**Name**   Karcher Environmental Inc.

**Address1**   2300 E. Orangewood Ave.

**City**   Anaheim, CA 92806

**Phone**   (714) 385-1490

**Contractor Lic No.:**   481416

**Date:** 03/16/2007    **Contract No.:** 5037

Rio School District

Rio Rosales E.S.
(1) 12x40 ser# 48765-01
(1) 24x40 ser# 48761-01/02
(2) 36x40 ser# 48759-01/03 , 48760-01/03
(11) 48x40 ser# 48751-01/04 - 48758-01/4 &
48762-01/04 -48764-01/04

MODTECH and above named subcontractor agree, as of the above date, that Subcontractor shall, for the stated compensation and upon the Master Terms and Conditions #2005A, furnish all necessary labor, materials, and equipment to perform the following work:

To provide labor and material for remediation of classrooms E-4, E-11, E-13, E-15, AD-2, AD-4, AD-6: (1) Broom clean and HEPA entire classroom, (2) set up mini enclosure along wall to be demolished. (3) Remove tack board and drywall full height along entire length of designated wall. (4) Sand and scrub wall support systems. (5) Scrub the air inside containment as well as in classroom for 72 hours. Inspection and clean u in classrooms E-7, E-16, E-19, AD-3: (1) Inspect ceiling tiles for mold growth at water staining. (2) Broom clean and HEPA vacuum entire room. (3) Scrub air for 72 hours after cleaning. Per Modtech specifications and schedule.

**COMPENSATION:**    $17,635.00

The above amount includes all present and future taxes imposed by Federal, State and local governments which are applicable to the work.
[OK RS]

**TERMS OF PAYMENT:**

100% Net 30 days upon completion and acceptance of work by an authorized modtech representative and District, Inspector, OR Architect.

Retention: 10% is held on each billing to be paid 35 days after receipt of the Notice of Completion, from the District.

**LOCATION OF WORK:**

RIO ROSALES E.S.
2001 Jacinto Dr.
Oxnard, Ca. 93030

**SPECIAL PROVISIONS:**

*Job Coordinator: Joel Langer*

1. Subcontract No. must be referenced on all correspondence, to prevent processing delays.
2. Submittals should be sent to - ATTN: Engineering
3. Estimated Time of Work: Coordinator will contact for schedule.
4. Attachments A & B must be signed and returned along with this Subcontract.
5. Subcontractor must provide on a weekly basis certified payroll reports to Modtech, Inc. as required per the terms of the Master Subcontract Agreement #2005A.

The attached Exhibits and Terms and Conditions consisting of the Master Subcontract Agreement #2005A are incorporated herein and made a part of this Subcontract for reference. Please sign duplicate Subcontract forms and initial that you have read and agree to the terms and conditions:

**SUBCONTRACTOR**    Karcher Environmental Inc.

By:

Title:   Senior Vice President

Date:   March 21, 2007

Contractor Lic No:    481416

**MODTECH HOLDINGS, INC.**

By:   James W. Gasper

Title:   James W. Gasper / Director of Contract Administration

Date:   3-16-07

Contractors Lisc #:    46/402

**INSTRUCTIONS:**

. PLEASE TYPE NAME AND TITLE OF PERSON SIGNING AND RETURN ALL COPIES PROMPTLY.
. PLEASE SHOW SUBCONTRACT NUMBER ON ALL INVOICES AND SUBMIT INVOICES IN TRIPLICATE.
. SUBCONTRACT MUST BE SIGNED AND RETURNED WITHIN 10 DAYS OF RECEIPT, OR WILL BE CONSIDERED "VOID".

3/16/2007    3:52 pm

**Proof of Service Affidavit**
**PRIVATE WORK** (Section 3097.1 (c) California Civil Code)
**PUBLIC WORK** (Section 3098 California Civil Code)

**IF BY MAIL**

I, MARIA VASQUEZ _____ declare:

That I served copies of this Preliminary Notice by first class registered or certified or certified, return receipt mail, postage prepaid, on the lender, owner or Public Body, and original contractor at their respective addresses as shown below, on __03/30/2007__

*(date)*

Lender

> BOND COMPANY INFORMATION
> AON CONST. SERVICES GROUP
> SURETY SERVICE TEAM LOS ANGELES
> 707 WILSHIRE BLVD., SUITE 6000
> LOS ANGELES, CA 90054

Owner or
Public Body

> RIO SCHOOL DISTRICT
> 3300 CORTEZ STREET
> OXNARD, CA 93030
>
> K.E. 15349

Original
Contractor

> MODTECH, INC.
> 2830 BARRETT AVE.
> PERRIS, CA 92571

I declare under penalty of perjury, that the foregoing is true and correct.

Executed on __03/30/2007__ , at __ANAHEIM__ , California.
              *(date)*              *(place of service)*

35

*(Signature of person making service)*

# Exhibit H

# HAROLD L. ROLLIN

**A PROFESSIONAL LAW CORPORATION**
918 WEST MAIN STREET
VISALIA, CALIFORNIA 93291

TELEPHONE (559) 732-3600
FACSIMILE (559) 732-8282

September 3, 2008

LIBERTY MUTUAL SURETY
SEP 0 8 2008
STEVEN C. WHITE

LIBERTY MUTUAL SURETY

SEP 0 8 2008

RECEIVED

Liberty Mutual Insurance Company
505 South Main Street
Suite 830
Orange, CA 92668

  RE:  Jameson Hydro Crane Service v. Modtech

To Whom It May Concern:

Please be advised that this office represents Jameson Hydro Crane Service ("Jameson") with regard to the collection from Modtech of amounts which are due and owing to Jameson as and for services provided to Modtech.

I am sending this letter because I am informed that Liberty Mutual Insurance Company ("Liberty") has issued a contractor's bond, no. 024022768, to Modtech in the amount of $12,500.00.

As is described in my June 27, 2008 letter to Modtech, a copy of which is enclosed for your reference, on approximately March 10, 2008, Modtech hired Jameson to set modular buildings at Delano High School. For these services, Jameson charged $3,150.00, which such payment was due on or before April 10, 2008.

Pursuant to the Work Order Invoice signed on March 10, 2008 by Suresh Prasad (a Modtech employee), Modtech is now also responsible for interest, as well as attorney's fees incurred in collecting this account.

In that regard, through September 15, 2008, interest at the rate of ten percent (10%) per annum will have accrued in the amount of $136.36.

Modtech has not only entirely failed to respond to my June 27, 2008 demand letter, but has also failed and refused to return my numerous telephone calls. In fact, Modtech's telephone system is set up so that it is nearly impossible to reach anyone before being thrown into a rigged voicemail system from which it is impossible to escape. Notwithstanding this obvious attempt to avoid creditors, although I was able to speak, and leave messages, with two (2) Modtech employees, my calls were never returned.

As a result, I am now making demand on the bond which Liberty has issued. Accordingly, this letter will serve as FORMAL DEMAND that on or before September 15, 2008, Liberty pay the sum of $3,886.36 (which includes interest and $500.00 in attorney's fees) either to this office or directly to my client. If Liberty fails to timely comply with this demand, I will pursue any and all remedies on my client's behalf,

36



Reitsma, Ron
General Business
File No. 1386
Letter to Liberty Mutual Insurance Company
September 3, 2008
Page 2 of 2

including, but not limited to, filing an action in Tulare County Superior Court against both Modtech and Liberty.

I remain hopeful that we can resolve this dispute absent the necessity of litigation.

Should you have any questions, comments, or concerns, please do not hesitate to contact me.

Thank you for your assistance and cooperation in this matter.

Very truly yours,

HAROLD L. ROLLIN

HLR/cl
Enclosure

cc:    client

# HAROLD L. ROLLIN
## A Professional Law Corporation
918 West Main Street
Visalia, California 93291

Telephone (559) 732-3600
Facsimile (559) 732-8282

June 27, 2008

MOD TECH BUILDERS
517 Fyffe Avenue, Suite A
Stockton, CA 95203

RE:    Amounts Owing to Jameson Hydro Crane Service

Dear Sir:

Please be advised that this office represents Jameson Hydro Crane Service ("Jameson") with regard to the collection from you of amounts which are due and owing to Jameson as and for services provided.

More specifically, I am informed that on approximately March 10, 2008, you hired Jameson to set modular buildings at Delano High School. For these services, Jameson charged $3,150.00, which such payment was due on or before April 10, 2008.

Because you have failed to pay any part of the $3,150.00, this matter has been referred to this office for collection. Pursuant to the Work Order Invoice signed by Suresh Prasad on March 10, 2008, you are now also responsible for interest, as well as attorney's fees incurred in collecting this account.

In that regard, through July 8, 2008, interest at the rate of ten percent (10%) per annum will have accrued in the amount of $76.54.

Accordingly, this letter will serve as FORMAL DEMAND that on or before July 8, 2008, you pay the sum of $3,426.54 (which includes interest and $200.00 in attorney's fees) either to this office or directly to my client. If you fail to timely comply with this demand, I will pursue any and all remedies on my client's behalf, including, but not limited to, filing an action in Tulare County Superior Court for breach of contract and common counts, seeking compensatory damages as well as attorney's fees and costs.

I am hopeful that we can resolve this dispute absent the necessity of litigation.

Should you have any questions, comments, or concerns, please do not hesitate to contact me.

LIBERTY MUTUAL SURETY

SEP 0 8 2008

RECEIVED

38

Reitsma, Ron
General Business
File No. 1386
Letter to MOD TECH BUILDERS.
June 27, 2008
Page 2 of 2

Thank you for your assistance and cooperation in this matter.

Very truly yours,

HAROLD L. ROLLIN

HLR/cl

cc:      client

# Exhibit I

01/21/09   03:13PM   Snipper,Wainer & Markoff   3103506770          p.02

1   MAURICE WAINER (BAR #121678)
    SNIPPER, WAINER & MARKOFF
2   270 N. Canon Drive, Penthouse
    Beverly Hills, California 90210
3   Tel: (310) 550-5770
    Fax: (310) 550-6770
4

5

6   Attorneys for Plaintiff

7

8                SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                      FOR THE COUNTY OF RIVERSIDE

10  WEST COAST DRYWALL            )   CASE NO.  RIC 4990044
    & COMPANY INC.,               )
11                                )   HON.
              Plaintiff,          )   DEPT.
12                                )
           vs.                    )   COMPLAINT FOR:
13                                )   1.   BREACH OF CONTRACT
    MODTECH HOLDINGS, INC.;       )   2.   WORK, LABOR & SERVICES
14  and DOES 1–10, inclusive,     )        RENDERED - AGREED PRICE
                                  )   3.   WORK, LABOR & SERVICES
15            Defendants.         )        RENDERED - REASONABLE VALUE
                                  )   4.   ACCOUNT STATED
16                                )   5.   OPEN BOOK ACCOUNT

17

18  Plaintiff complains and alleges:

19              **FIRST CAUSE OF ACTION**

20              **FOR BREACH OF CONTRACT**

21       1.  Plaintiff **WEST COAST DRYWALL & COMPANY INC.**is, and at all times

22  herein mentioned or relevant was, a corporation organized and existing under the laws of the State

23  of California, and a licensed contractor under the laws of the State of California.

24       2.  Plaintiff is informed and believes and thereon alleges that defendant

25  **MODTECH HOLDINGS, INC.** is, and at all times herein mentioned or relevant was, a Delaware

26  corporation organized and existing under the laws of the State of California, with its principal place

27  of business in the County of Riverside.

28       3.  Defendants DOES 1 through 10, inclusive, are sued herein under fictitious names.

---

                          1

EXHIBIT
I

COMPLAINT

1  to plaintiff in the sum of $28,555.00.

2       20. Neither all nor any part of that sum has been paid, although demand therefor has

3  been made; and there is now due, owing and unpaid the sum of $28,555.00, with interest thereon in

4  accordance with law.

5  **FIFTH CAUSE OF ACTION**

6  **ON AN OPEN BOOK ACCOUNT**

7       21. Plaintiff incorporates herein, hereat, verbatim the foregoing paragraphs 1 through

8  10, inclusive.

9       22. Within two years last past, defendant became indebted to plaintiff on an open

10  book account for money due in the sum of $28,555.00 for the goods sold and delivered.

11       23. Neither the whole nor any part of the above sum has been paid although demand

12  therefor has been made and there is now due, owing and unpaid the sum of $28,555.00, with interest

13  thereon in accordance with law.

14

15      **WHEREFORE**, plaintiff prays for judgment against defendants, and each of them, as

16  follows:

17       1. For the principal sum of $28,555.00 together with interest at the rate of 10% per

18  annum on said principal sum from and after December 12, 2007;

19       2. For reasonable attorneys fees;

20       3. For costs of suit incurred herein;  and

21       4. For such other and further relief as the court may deem to be just and proper.

22

23  DATED: April 29, 2008           SNIPPER, WAINER & MARKOFF

24

25                  BY:_____
                         MAURICE WAINER
                         Attorneys for Plaintiff

26

27  *C:\MY FILES\COMPLAINTS\WEST COAST DRYWALL v modtech.riverside cnty.wpd*

28

---

                            4                          COMPLAINT

1  been made, and there is now due, owing and unpaid the sum of $19,650.00, with interest thereon in

2  accordance with law.

3                              **FIFTH CAUSE OF ACTION**

4                              **ON AN OPEN BOOK ACCOUNT**

5          21. Plaintiff incorporates herein, hereat, verbatim the foregoing paragraphs 1 through

6  10, inclusive.

7          22. Within two years last past, defendant became indebted to plaintiff on an open

8  book account for money due in the sum of $19,650.00 for the goods sold and delivered.

9          23. Neither the whole nor any part of the above sum has been paid although demand

10  therefor has been made and there is now due, owing and unpaid the sum of $19,650.00, with interest

11  thereon in accordance with law.

12

13      **WHEREFORE**, plaintiff prays for judgment against defendants, and each of them, as

14  follows:

15          1. For the principal sum of $19,650.00 together with interest at the rate of 10% per

16  annum on said principal sum from and after December 20, 2007;

17          2. For reasonable attorneys fees;

18          3. For costs of suit incurred herein;  and

19          4. For such other and further relief as the court may deem to be just and proper.

20

21  DATED:  April 29, 2008                    SNIPPER, WAINER & MARKOFF

22

23                                            BY:_____
                                                   MAURICE WAINER

24                                               Attorneys for Plaintiff

25  C:\MY FILES\COMPLAINTS\WEST COAST PAINTING v modtech.riverside cnty.wpd

26

27

28

---

                                    4                        COMPLAINT

01/21/09   03:13PM   Snipper,Wainer & Markoff   3105506770                     p.05

1    MAURICE WAINER (BAR #121678)
    SNIPPER, WAINER & MARKOFF
2    270 N. Canon Drive, Penthouse
    Beverly Hills, California 90210
3    Tel: (310) 550-5770
    Fax: (310) 550-6770

4

5

6    Attorneys for Plaintiff

7

**F I L E D**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

MAY 01 2008

8         SUPERIOR COURT OF THE STATE OF CALIFORNIA

9            FOR THE COUNTY OF RIVERSIDE

| | |
|---|---|
| 10   **WEST COAST INTERIORS, INC.**<br>    dba **WEST COAST PAINTING,** | CASE NO. *RIC 498338* |
| 11            Plaintiff, | HON.<br>DEPT. |
| 12        vs. | COMPLAINT FOR: |
| 13   **MODTECH HOLDINGS, INC.;** | 1.   BREACH OF CONTRACT<br>2.   WORK, LABOR & SERVICES |
| 14   and DOES 1–10, inclusive, |      RENDERED - AGREED PRICE<br>3.   WORK, LABOR & SERVICES |
| 15           Defendants. |      RENDERED - REASONABLE VALUE<br>4.   ACCOUNT STATED |
| 16 | 5.   OPEN BOOK ACCOUNT |

17   Plaintiff complains and alleges:

18           <u>**FIRST CAUSE OF ACTION**</u>

19          <u>**FOR BREACH OF CONTRACT**</u>

20       1. Plaintiff **WEST COAST INTERIORS, INC**dba **WEST COAST PAINTING**

21   is, and at all times herein mentioned or relevant was, a corporation organized and existing under the

22   laws of the State of California, and a licensed contractor under the laws of the State of California.

23       2.   Plaintiff is informed and believes and thereon alleges that defendant

24   **MODTECH HOLDINGS, INC.** is, and at all times herein mentioned or relevant was, a Delaware

25   corporation organized and existing under the laws of the State of California, with its principal place

26   of business in the County of Riverside.

27       3. Defendants DOES 1 through 10, inclusive, are sued herein under fictitious names.

28   Their true names and capacities are unknown to plaintiff. When their true names and capacities are

---

                     1                          COMPLAINT

# Exhibit J-1

# DeCARLO
# CONNOR
# SHANLEY
ATTORNEYS AT LAW

Yan Gershfeld, Esq.
e-mail: ygershfeld@dcconsel.com

Via Certified and First Class Mail
December 22, 2008

MODTECH HOLDINGS, INC.
2830 Barrett Ave.
Perris, CA 92571-3258

Re:    Carpenters Southwest Trusts
Modtech Holdings, Inc. License No. 461402 PS
Unpaid Check Stub No. 1, Period: September 1, 2008 through October 1, 2008
Unpaid Check Stub No. 2, Period: October 20, 2008
Delinquency Owed: $2,969.57
Our Legal File No. 6694

Dear Contributing Employer:

Our client, Carpenters Southwest Administrative Corporation ("CSAC"), administrator of the Carpenters Southwest Trusts, ("Trusts") has referred your account to us for legal action concerning the audit invoice for the above referenced period. Our records reflect that a balance of $2,969.57 is presently due and owing on your account. Interest continues to accrue on the unpaid balance at $0.60 per day from December 11, 2008. Attached for your review is a breakdown of amounts outstanding.

Therefore, please send our office, a cashier's check in the sum of $2,969.57 plus any additional interest made payable to "Carpenters Southwest Administrative Corporation" or "CSAC." If we do not receive your check and reports with payment within ten (10) days from the date of this letter, we have been authorized to bring an action against you in federal court for the full amount of the delinquency, plus interest, court costs and attorneys' fees.

By way of this letter, we are also making a claim against your contractor's license bond, with Liberty Mutual Insurance Co, Bond No. 024022768. Please be advised that we have also been authorized to pursue any mechanic's lien, stop notice or payment bond rights. Further, your ... Employee Retirement Income Security Act.

Your prompt response will be appreciated.

Very truly yours,

DeCARLO, CONNOR & SHANLEY,
a Professional Corporation

Yan Gershfeld
Yan Gershfeld

YG/yg
enclosures
cc:    Daniel R. Little
Ryan Maes
Liberty Mutual Insurance Co. (Bond No. 024022768)

LIBERTY MUTUAL SURETY

JAN 06 2009

RECEIVED

**EXHIBIT**
**J-1**

DeCARLO, CONNOR & SHANLEY
A PROFESSIONAL CORPORATION
333 SOUTH FREMONT AVENUE, 9TH FLOOR • LOS ANGELES, CALIFORNIA 90071-1706 • (213) 488-4100 • Fax: (213) 488-4180
Los Angeles • Washington, D.C.

Exh J-1 - Pg 45

**Mortech Holdings Inc.**
**L.C.# 401402 PS**

### CONTRIBUTIONS

| DELINQUENCIES | INV # | H&W | PEN | VAC | DUES | APP | ADV | GRIEV | CACM | CCCC | CARP TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Chk stb dated 12/5/08 period:10/20/08-10/20/08 | 1 | $ 924.30 | $ 448.64 | $ 72.68 | $ 289.52 | $ 98.28 | $ 14.04 | $ - | $ 4.88 | $ 49.14 | $2,309.58 |
| Chk stb dated 12/5/08 period:10/20/09-10/20/08 | 2 | $ 84.80 | $ 45.84 | $ 40.48 | $ 30.72 | $ 10.08 | $ 1.44 | $ - | $ 0.48 | $ 5.04 | $ 236.88 |
| TOTAL | | | | | | | | | | | |

### LIQUIDATED DAMAGES

| DELINQUENCIES | INV # | H&W | PEN | VAC | DUES | APP | ADV | GRIEV | CACM | CCCC | CARP TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Chk stb dated 12/5/08 period:10/23/08-10/20/08 | 1 | $ 92.43 | $ 44.69 | $ 77.22 | $ - | $ 9.83 | $ - | $ - | $ - | $ - | $ 224.17 |
| Chk stb dated 12/5/08 period:10/22/08-10/20/08 | 2 | $ 20.00 | $ - | $ 20.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ 40.00 |
| TOTAL L.D.'s | | | | | | | | | | | |

### AUDIT FEES

| DELINQUENCIES | INV # | H&W | PEN | VAC | DUES | APP | ADV | GRIEV | CACM | CCCC | CARP TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Chk stb dated 12/5/08 period:10/20/08-10/20/08 | 1 | $ 47.00 | $ 47.00 | $ 47.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ 141.00 |
| Chk stb dated 12/5/08 period:10/20/08-10/20/08 | 2 | $ 5.00 | $ 5.00 | $ 5.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ 15.00 |
| TOTAL AUDIT FEES | | | | | | | | | | | |
| GRAND TOTAL | | | | | | | | | | | |

7% INTEREST

## Modtech Holdings, Inc.
## License # 461402 PS

### INTEREST CALCULATION

| REPORT MONTH | DUE DATE | REFERRAL DATE | # OF DAYS | PRINCIPAL AMOUNT | INTEREST RATE | DAILY INTEREST | TOTAL INTEREST |
|---|---|---|---|---|---|---|---|
| Ck stub # 1 dated: 12/5/08 | 12/06/08 | 12/11/08 | 6.00 | $2,309.58 | 7.00 | $0.44 | $2.64 |
| Ck stub # 2 dated 12/5/08 | 12/06/08 | 12/11/08 | 6.00 | $236.88 | 7.00 | $0.05 | $0.30 |
| | | Grand Total | | $2,546.46 | | $0.49 | $2.94 |

Con U

# SOUTHWEST CARPENTERS TRUSTS
### 533 South Fremont Avenue • Los Angeles, California 90071-1708
## AUDIT INVOICE

| | | | | | |
|---|---|---|---|---|---|
| Date 11/21/08 | | | | Audit No. | Chkstb #1 |
| Employer Name | Modtech Holdings, Inc. | Lic. No. | 461402 PS | Hours Due | 234.00 |
| Audit Period: | 9/1/08 thru 10/11/08 | | | Auditor | Maes |

**CARPENTERS' HEALTH & WELFARE TRUST**

| | | | |
|---|---|---|---|
| Contributions Due | $ | 924.30 | |
| Liquidated Damages | | 92.43 | |
| Total Audit Findings for Health & Welfare Trust | | | $ 1,016.73 |

**CARPENTERS' PENSION TRUST**

| | | | |
|---|---|---|---|
| Contributions Due | $ | 446.94 | |
| Liquidated Damages | | 44.69 | |
| Total Audit Findings for Pension Trust | | | $ 491.63 |

**CARPENTERS' VACATION PLAN & SUPPLEMENTAL DUES**

| | | | |
|---|---|---|---|
| Contributions Due | $ | 772.20 | |
| Liquidated Damages | | 77.22 | |
| Total Audit Findings for Vacation Plan & Dues | | | $ 849.42 |

**CARPENTERS' APPRENTICESHIP FUND**

| | | | |
|---|---|---|---|
| Contributions Due | $ | 98.28 | |
| Liquidated Damages | | 9.83 | |
| Total Audit Findings for Apprenticeship Fund | | | $ 108.11 |

| | | |
|---|---|---|
| CONSTRUCTION INDUSTRY ADVANCEMENT FUND | $ | 14.04 |
| CONTRACTORS RESIDENTIAL INDUSTRY FUND | $ | 0.00 |
| INDEPENDENT CONTRACTORS GRIEVANCE AND ARBITRATION FUND | $ | 0.00 |
| CONTRACT ADMINISTRATION TRUST FUND FOR | | |
| CARPENTERS-MANAGEMENT RELATIONS | $ | 4.68 |
| CARPENTERS-CONTRACTORS COOPERATION COMMITTEE | $ | 49.14 |
| ACOUSTICAL INDUSTRY ADVANCEMENT FUND | $ | 0.00 |
| WORKING ASSESSMENT DUES | $ | 0.00 |
| CARPENTERS-CONTRACTORS WORKERS' COMPENSATION FUND | $ | 0.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AUDIT FEES: H & W | 47.00 | PENSION | 47.00 | VACATION | 47.00 | | $ | 141.00 |

| | | |
|---|---|---|
| TOTAL AUDIT FINDINGS FOR ALL TRUSTS | $ | 2,674.75 |
| INTEREST CHARGES | $ | 0.00 |
| AUDIT SUB-TOTAL | $ | 2,674.75 |

| | | |
|---|---|---|
| UNPAID REPORTS | $ | 0.00 |
| BAD CHECKS | $ | 0.00 |
| PREVIOUSLY ASSESSED LIQUIDATED DAMAGES | $ | 0.00 |

| | | |
|---|---|---|
| TOTAL AMOUNT DUE | $ | 2,674.75 |

LIBERTY MUTUAL SURETY

JAN 06 2009

RECEIVED

**AUDIT REPORT**

Modtech Holdings, Inc.
2830 Barrett Ave.
Perris, CA 92571
LIC #461402.PS

AUDIT NO. Ckksb #1:
FROM 09/01/08
THRU 10/11/08
Page
Pages 1

A = Actual Hours
R = Reported Hours
C = Claimed Hours

| NAME Soc. Sec. No. Journeyman | YEAR | | 2008 JAN | FEB | MAR | APR | MAY | JUNE | JULY | JU | SEPT | OCT | NOV | DEC | PAYROLL HOURS | OTHER HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lopez, Eric 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 | | A | | | | | | | | | 164 | 80 | | | 234 | |
| | | R | | | | | | | | | 154 | 80 | | | 234 | |
| | | C | | | | | | | | | 164 | 80 | | | 234 | |
| | | A | | | | | | | | | | | | | | |
| | | R | | | | | | | | | | | | | | |
| | | C | | | | | | | | | | | | | | |
| | | A | | | | | | | | | | | | | | |
| | | R | | | | | | | | | | | | | | |
| | | C | | | | | | | | | | | | | | |
| | | A | | | | | | | | | | | | | | |
| | | R | | | | | | | | | | | | | | |
| | | C | | | | | | | | | | | | | | |
| Total hours this page | | | | | | | | | | | 164 | 80 | | | 234 | |

| SUMMARY | H&W | PENSION | VAC | DUES | APPR | ADV | CAM | CCCC |
|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS ALL PAGES | 234.00 | 234.00 | 234.00 | 234.00 | 234.00 | 234.00 | 234.00 | 234.00 |
| TOTAL AMOUNT DUE | | | | | | | | |
| OFFICE USE | | | | | | | | |

Exh J-1 - Pg 49

**SOUTHWEST CARPENTERS TRUSTS**
533 South Fremont Avenue * Los Angeles, California 90071-1706
**AUDIT INVOICE**

| Date | 12/5/08 | | | Audit No. | Chkstb #2 |
|---|---|---|---|---|---|
| Employer Name | Modtech Holdings, Inc. | | Lic. No. | 461402 PS | Hours Due | 24.00 |
| Audit Period: | 10/20/08 | thru | 10/20/08 | Auditor | Maes |

| | | | |
|---|---|---|---|
| **CARPENTERS' HEALTH & WELFARE TRUST** | | | |
| Contributions Due | $ | 94.80 | |
| Liquidated Damages | | 20.00 | |
| Total Audit Findings for Health & Welfare Trust | | $ | 114.80 |
| **CARPENTERS' PENSION TRUST** | | | |
| Contributions Due | $ | 45.84 | |
| Liquidated Damages | | 0.00 | |
| Total Audit Findings for Pension Trust | | $ | 45.84 |
| **CARPENTERS' VACATION PLAN & SUPPLEMENTAL DUES** | | | |
| Contributions Due | $ | 79.20 | |
| Liquidated Damages | | 20.00 | |
| Total Audit Findings for Vacation Plan & Dues | | $ | 99.20 |
| **CARPENTERS' APPRENTICESHIP FUND** | | | |
| Contributions Due | $ | 10.08 | |
| Liquidated Damages | | 0.00 | |
| Total Audit Findings for Apprenticeship Fund | | $ | 10.08 |
| **CONSTRUCTION INDUSTRY ADVANCEMENT FUND** | | $ | 1.44 |
| **CONTRACTORS RESIDENTIAL INDUSTRY FUND** | | $ | 0.00 |
| **INDEPENDENT CONTRACTORS GRIEVANCE AND ARBITRATION FUND** | | $ | 0.00 |
| **CONTRACT ADMINISTRATION TRUST FUND FOR CARPENTERS-MANAGEMENT RELATIONS** | | $ | 0.48 |
| **CARPENTERS-CONTRACTORS COOPERATION COMMITTEE** | | $ | 5.04 |
| **ACOUSTICAL INDUSTRY ADVANCEMENT FUND** | | $ | 0.00 |
| **WORKING ASSESSMENT DUES**(6% of Gross Wages $        0 ) | | $ | 0.00 |
| **CARPENTERS-CONTRACTORS WORKERS' COMPENSATION FUND** | | $ | 0.00 |
| **AUDIT FEES:** H & W 5.00   PENSION 5.00   VACATION 5.00 | | $ | 15.00 |
| | TOTAL AUDIT FINDINGS FOR ALL TRUSTS | $ | 291.88 |
| | INTEREST CHARGES | $ | 0.00 |
| | AUDIT SUB-TOTAL | $ | 291.88 |
| **UNPAID REPORTS** _____ | | $ | 0.00 |
| **BAD CHECKS** _____ | | $ | 0.00 |
| **PREVIOUSLY ASSESSED LIQUIDATED DAMAGES** _____ | | $ | 0.00 |
| | TOTAL AMOUNT DUE | $ | 291.88 |

AUDIT REPORT

AUDIT NO. Chisib #2

FROM 10/20/08
THRU 10/20/08
Page 1
Pages 1

A = Actual Hours
R = Reported Hours
C = Claimed Hours

Modtech Holdings, Inc.
2830 Barrett Ave.
Perris, CA 92571
L/C #461402 PS

| NAME Journeyman | YEAR 2008 | | JAN | FEB | M. | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC. | PAYROLL HOURS | OTHER HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lopez, Eric | | A | | | | | | | | | | 24 | | | 24 | |
| Soc. Sec. No. 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 | | R | | | | | | | | | | 0 | | | 0 | |
| | | C | | | | | | | | | | 24 | | | 24 | |
| | | A | | | | | | | | | | | | | | |
| | | R | | | | | | | | | | | | | | |
| | | C | | | | | | | | | | | | | | |
| | | A | | | | | | | | | | | | | | |
| | | R | | | | | | | | | | | | | | |
| | | C | | | | | | | | | | | | | | |
| | | A | | | | | | | | | | | | | | |
| | | R | | | | | | | | | | | | | | |
| | | C | | | | | | | | | | | | | | |
| | | A | | | | | | | | | | | | | | |
| | | R | | | | | | | | | | | | | | |
| | | C | | | | | | | | | | | | | | |
| | | A | | | | | | | | | | | | | | |
| | | R | | | | | | | | | | | | | | |
| | | C | | | | | | | | | | | | | | |

Total hours this page

| SUMMARY | H&W | PENSION | CUC/ VAC | DUES | APPR | ADV | GRIEV | CACM | CCCC |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS ALL PAGES | 24.00 | 24. | 24.00 | 24.00 | 24.00 | 24.00 | - | 24.00 | 24.00 |
| TOTAL AMOUNT DUE | | | | | | | | | |
| OFFICE USE | | | | | | | | | |



# Exhibit J-2

## FULL AND FINAL RELEASE AND ASSIGNMENT OF ALL CLAIMS

KNOW ALL MEN BY THESE PRESENTS that the undersigned (hereinafter referred to simply as the "Releasor" for convenience), for the sole and only consideration of ($2,969.57), does hereby release and discharge Liberty Mutual Insurance Company, as well as each of its past, present and future officers, agents, employees, shareholders, directors, successors and assigns, at law or in equity of any kind whatsoever, (hereinafter jointly and severally referred to as "Releasee" for convenience), from, of, and as to any and all liability, claims, demands, obligations, controversies, damages, causes of action, actions, suits, proceedings, debts, accounts, covenants, contracts, guaranties, warranties, agreements, representations and promises whatsoever, in law or equity, which the Releasor may have presently or at any time in the future with or against the Releasee and by reason of, or relating to, or arising out of or relating in any way to its contracts, agreements, and/or understandings with Modtech Holdings, Inc., and by reason of, or relating to, or arising out of its liability pursuant to Liberty Mutual Insurance Company Bonded Projects (hereinafter referred to as "Projects" for convenience).

Releasor hereby acknowledges and waives all rights under Section 1542 of the Civil Code of the State of California, which provides as follows:

"A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

EXHIBIT

J-2

Exh. J-2 - Pg. 53

FURTHER, Releasor hereby transfers, assigns and conveys to Releasee all rights, title and interest in all claims, demands, contract rights, actions, choices in action and accounts receivable it may have against Modtech Holdings, Inc. arising out of or relating in any way to the Projects and/or the Bonds and shall within five (5) calendar days of receipt of Payment, return to Liberty Mutual Insurance Company an executed release of any existing stop notices concerning these Projects and/or Bonds.

Releasor hereby acknowledges and confirms that no promise, agreement, statement or representation not herein expressed has been made to Releasor by the Releasee and that Releasor has not relied upon any representation or omission by Releasee. This Release contains the entire agreement between the parties.

IN WITNESS WHEREOF, I have hereunto set my hand and seal on this the ___8th___ day of September, 2009.

Carpenters Southwest Trust Fund

By: _____
(Signature)

Its: _Executive Administrator_
(Authorized Representative)

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I, the undersigned authority, a Notary Public in and for said County and State, do hereby certify that Ronald A. Schoen, whose name is signed to the foregoing Release, and who is known to me or has shown me proper identification, acknowledged before me on

this day, being informed of the contents of the Release, he/she executed the same

voluntarily on the day the same bears date.

Given under my hand and official seal on this the 8th day of September, 2009.

_Estelita Hamilton_
Notary Public, Estelita Hamilton

My Commission Expires: September 16, 2011



# Exhibit K

## PROOF OF CLAIM AFFIDAVIT – COMMERCIAL BONDS

State of

County of

**SS**      Claim No. _____024022768.7_____

The undersigned, being duly sworn, deposes and says:  I hold the position shown below, and in such position I am familiar with the circumstances giving rise to the claim and I am duly authorized to make this Affidavit.  The facts set out below are true, and are furnished to the Surety in support of the claimant's claim.  It is understood and agreed that the furnishing of this form or the acceptance and/or retention thereof by the Surety does not constitute a waiver of any of the terms and conditions of the Surety's bond, or any of the defenses the Surety may have, nor shall such be construed as an admission of liability by the Surety.

### ALL ITEMS BELOW MUST BE COMPLETED; IF NONE, OR NOT APPLICABLE, SO STATE.

Name and address of claimant

Reliable Floor Covering Inc
2304 Townsgate Road
Westlake Village, CA 91361

Affiant's position with claimant

Treasurer

Legal status of claimant

☒ Corporation
☐ Other Business Entity (describe):
      Provide Tax ID #:
☐ Individual
      Provide SS #:

Name of Surety listed in bond

☒ Liberty Mutual Insurance Company
☐ Other (identify):

Name and address of Principal listed in bond

Modtech Holdings, Inc
2830 Barrett Ave
Perris, CA 92571

If the Principal listed in the bond is NOT the party against which your claim is asserted, provide the name and address of the party against which your claim is asserted

Description of contract (if any) pursuant to which your claim arises.  Attach copy of contract to this form.

Saddleback Unified School District  - Flooring @ Cielo Vista ES ‡ Rancho Canada ES
Orange County Department of Education - Richland Continuation HS- Flooring

Description of the circumstances forming the basis of your claim.  Include the dates on which your loss was incurred.

7/23/08 Invoice for Saddleback USD $3,120.00
4/25/08 Invoice for Orange County Department of Education $3,899.00

If your claim does not arise pursuant to a contract, state the basis of your claim.  Include the dates on which your loss was incurred.

| Computation of claim | | NOTICE GIVEN Attach copies of all notices given to this form. | | |
|---|---|---|---|---|
| | | TO | DATE | HOW (e.g. regular or certified mail, etc.) |
| Agreed price  $ 7019.00 | | Surety | | |
| Paid on account or credits  $ 3509.10 | | | | |
| Net claim  $ 3509.90 | | Principal | | |

**RECEIVED**
AUG 26 2008
**SURETY LAW DEPT.**

EXHIBIT
K

A copy of the contract (if ap~ ~able) and documentary evidences of amou ~ claimed to be due are attached to and made a part of this Affidavit.  A copy of each written notice alleged to have been given is attached to and made a part of this Affidavit.



_____
(Signature of person making Affidavit)

SIGNED AND SWORN TO before me on August 22 , 20 08 , said subscriber being known to me and known by me to be the person described in the above Affidavit.

(Notary Stamp)

JON RUMKIN
Commission # 1512164
Notary Public - California
Ventura County
My Comm. Expires Sep 10, 2008

Notary Public    (Notary Seal)

For your protection California law requires the following to appear on this form

Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

# Invoice

..ng, Inc.
...ogate Road
Westlake Village, CA 91361

| Date | Invoice # |
|------|-----------|
| 4/25/2008 | 395 |

| Bill To |
|---------|
| Modtech Holdings<br>2830 Barrett Ave<br>Perris, CA 92571<br>Tel: 951-943-4014<br>Fax: 951-943-3725 |

| Job Name |
|----------|
| Orange County Department of Education<br>Richland Continuation High School<br>Job #7396<br>Location: 615 N Lemon St<br>Orange, CA 92867 |

| Contact | Terms | Project |
|---------|-------|---------|
| Louis 951-545-5048 | Due on receipt | |

| Item Code | Description | Amount |
|-----------|-------------|--------|
| Installation | Furnish and install Lee's Faculty IV color 4017 Blue Lagoon commercial loop carpet by direct glue down method. Furnish and install Flexco 4" rubber base color 035 Delft Pansy. | 3,899.00 |

All work is complete!

## Total

$3,899.00

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 805-495-4811 | 805-497-4069 | reliablefloorcovering@hotmail.com |

54

# STOP NOTICE

## LEGAL NOTICE TO WITHHOLD CONSTRUCTION FUNDS
### (Public or Private Work)
### (Per California Civil Code Section 3103)

To: Orange County Department of Education                 Project: Richland Continuation High School
<small>(NAME OF OWNER, PUBLIC BODY OR CONSTRUCTION FUND HOLDER)</small>                                      <small>(NAME)</small>

200 Kalmus Drive                                                          615 N Lemon St
<small>(ADDRESS IF TO A BANK OR SAV/LOAN, USE ADDRESS OF BRANCH HOLDING FUNDS)</small>     <small>(ADDRESS)</small>

Costa Mesa, CA 92626                                                 Orange, CA 92867
<small>(CITY, STATE AND ZIP)</small>                                                         <small>(CITY, STATE AND ZIP)</small>

TAKE NOTICE THAT  Reliable Floor Covering, Inc
<small>(NAME OF THE PERSON OR FIRM CLAIMING THE STOP NOTICE. LICENSED CONTRACTORS MUST USE THE NAME UNDER WHICH CONTRACTOR'S LICENSE IS ISSUED)</small>

whose address is  2304 Townsgate Road  Westlake Village, CA 91361
<small>(ADDRESS OF PERSON OR FIRM CLAIMING STOP NOTICE)</small>

has performed labor and furnished materials for a work of improvement described as follows: Flooring

<small>(NAME AND LOCATION OF PROJECT WHERE WORK OR MATERIALS WERE FURNISHED)</small>

The labor and materials furnished by claimant are of the following general kind: Carpet and Base

<small>(KIND OF LABOR, SERVICES, EQUIPMENT, OR MATERIALS FURNISHED OR AGREED TO BE FURNISHED BY CLAIMANT)</small>

The labor and materials were furnished to or for the following party: Modtech Holdings

<small>(NAME OF THE PARTY WHO ORDERED THE WORK OR MATERIALS)</small>

Total value of the whole amount of labor and materials agreed to be furnished is: $

The value of the labor and materials furnished to date is: . . . . . . . . . . . . . . . . . . $ 3,899.00

Claimant has been paid the sum of: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0

And there is due, owing and unpaid the sum of: . . . . . . . . . . . . . . . . . . . . . . . $ 3,899.00

You are required to set aside sufficient funds to satisfy this claim with interest, court costs and reasonable costs of litigation, as provided by law. You are also notified that claimant claims an equitable lien against any construction funds for this project which are in your hands.

FIRM NAME: Reliable Floor Covering, Inc.                By: _Megan Snook_        Megan Snook

## VERIFICATION

I, the undersigned, say: I am the Manager _____ the claimant
<small>("PRESIDENT OF," "MANAGER OF," "A PARTNER OF," "OWNER OF," "AGENT OF," ETC.)</small>
named in the foregoing Stop Notice; I have read said Stop Notice and know the contents thereof; the same is true of my own knowledge.
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 6 , 2008     at Westlake Village ,        CA      .
<small>(DATE THIS DOCUMENT WAS SIGNED)</small>              <small>(NAME OF CITY AND STATE WHERE THIS DOCUMENT WAS SIGNED)</small>

_Megan Snook_
<small>(PERSONAL SIGNATURE OF THE INDIVIDUAL WHO IS SWEARING THAT THE CONTENTS OF STOP NOTICE ARE TRUE)</small>

## REQUEST FOR NOTICE OF ELECTION
### (Private Works Only)
### (Per California Civil Code Section 3159, 3161, or 3162)

If an election is made not to withhold funds pursuant to this stop notice by reason of a payment bond having been recorded in accordance with Sections 3256 or 3162, **please send notice** of such election and a copy of the bond within 30 days of such election in the enclosed preaddressed stamped envelope. This information must be provided by you under Civil Code Sections 3159, 3161, or 3162.

Signed: _Megan Snook_
<small>(Claimant must Enclose Self-Addressed Stamped Envelope)</small>

BEFORE YOU USE THIS FORM, FILL IN ALL BLANKS, MAKE WHATEVER CHANGES ARE APPROPRIATE AND NECESSARY TO YOUR PARTICULAR TRANSACTION. CONSULT A LAWYER IF YOU DOUBT THE FORM'S FITNESS FOR YOUR PURPOSE AND USE. WWW.THECONTRACTORSGROUP.COM MAKES NO REPRESENTATION OR WARRANTY, EXPRESS OR IMPLIED, WITH RESPECT TO THE MERCHANTABILITY OR FITNESS OF THIS FORM FOR AN INTENDED USE OR PURPOSE.                    REV. 04-01

# Invoice

*[handwritten: wed 5:00 76 1291 Acct on]*

*[handwritten, circled: FAX 714-549-4807]*

| Date | Invoice # |
|------|-----------|
| 4/25/2008 | 395 |

| Bill To | Job Name |
|---------|----------|
| Modtech Holdings<br>2830 Barrett Ave<br>Perris, CA 92571<br>Tel: 951-943-4014<br>Fax: 951-943-3725 | Orange County Department of Education<br>Richland Continuation High School<br>Job #7396<br>Location: 615 N Lemon St<br>Orange, CA 92867 |

*[handwritten across form: Modtech 8/5]*

*[handwritten: Michelle Welsh x 4279 Getting Info  714-966]*

*[handwritten: Contract Manager Pat McGhee]*

*[handwritten, circled: Getting PAID this week there to Monday #389]*

| | Terms | Project |
|--|-------|---------|
| *[handwritten: ...Louis 951-545-5048]* | Due on receipt | |

| Item Code | Description | Amount |
|-----------|-------------|--------|
| Installation | Furnish and install Lee's Faculty IV color 4017 Blue Lagoon commercial loop carpet by direct glue down method. Furnish and install Flexco 4" rubber base color 035 Delft Pansy. | 3,899.00 |
| Retention | Less Retention | -389.90 |

All work is complete!

**Total**     $3,509.10

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 805-495-4811 | 805-497-4069 | reliablefloorcovering@hotmail.com |

# Exhibit L



# MAX
## Equipment Rental

April 14, 2009

Liberty Mutual Surety
Interchange Corporate Center
Attn: Douglas Wills
450 Plymouth Road, Suite 400
Plymouth Meeting PA 19462-1644

RE:    Modtech Holdings

Dear Mr. Wills:

Max Equipment Rental provided rental equipment to Modtech Holdings, Inc from May of 2003 through June of 2008. Modtech paid all invoices through May of 2008 and there is one invoice left unpaid from June 2008. I would like to file a claim against their license bond. I have attached a copy of the final invoice and rental contract. In addition I have included collection notes for proof that this was not a disputed amount.

Please let me know if you need any further documentation.

Sincerely

Natalie Chilson
Operations Controller
Max Equipment Rental



# STATEMENT

PAGE    1

MAX EQUIPMENT RENTAL
2365 OCEANSIDE BLVD.
OCEANSIDE, CA 92054
760-433-4629

| STATEMENT DATE | 4/01/09 |
|---|---|
| ACCOUNT NUMBER | 190082 |
| TOTAL DUE | $2,001.61 |
| TERMS ARE 10 DAYS FROM DATE OF INVOICE |

MODTECH INC.
2820 BARRETT AVE
PERRIS, CA 92571

PHONE (760) 433-4629 FAX (760) 439-4629

| REFERENCE NUMBER | DATE | TYPE | AMOUNT | JOB LOC | P.O. NUMBER |
|---|---|---|---|---|---|
| 1074949-0001 | 3/03/09 | INV. | 2001.61 | 001-3 MODTECH INC. NONE | |

PLEASE DETACH AND RETURN THIS BOTTOM WITH PAYMENT

| CURRENT | 30 OVER | 60 OVER | 90 OVER | 120 OVER |
|---|---|---|---|---|
| | | | | 2001.61 |

| STATEMENT DATE | 4/01/09 |
|---|---|
| ACCOUNT NUMBER | 190082 |
| TOTAL DUE | $2,001.61 |
| AMOUNT ENCLOSED | |

| REFERENCE NUMBER | AMOUNT | REFERENCE NUMBER | AMOUNT |
|---|---|---|---|
| 1074949 | 2001.61 | | |

PLEASE REMIT PAYMENT TO:



**MAX**
Equipment Rental

SAN MARCOS BRANCH-1
456 EAST BARHAM DRIVE
SAN MARCOS, CA  92078
PH#760-591-7555
FX#760-591-7557

Remit To:
456 EAST BARHAM DRIVE
SAN MARCOS, CA  92078
PH#760-591-7555

Page    1

**Job Site:**
MODTECH INC.
MELROSE/76
MAP PACK
OCEANSIDE, CA  92049
PH: 951-943-4014

**RENTAL INVOICE**

Invoice #:      1071949-0001
Invoice Date:   6/03/08
Date Out:       5/28/08     12:30 PM
Date In:        6/03/08      9:27 AM
Job Loc:        MELROSE/76, OCEANSIDE
Job No:         3   MODTECH INC.   M
P.O.#:          NONE
Ordered By:     JOEL 951-545-5141
Terms:          Net 10 Days
Sales Rep:      DENNIS KENKELEN
Written by:     MX001DH

**Customer:**  110062
MODTECH INC.
2830 BARRETT AVE
PERRIS, CA  92571

PH: 951-943-4014

EQUIPMENT IS ON-RENT UNTIL YOU CALL IT OFF. PICK-UP'S WILL NOT BE MADE AUTOMATICALLY!

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | 530-15-043 Make: UNIVERSAL Model: DB9125 Ser #: ZG070298B | | | | | 300.00 |
| | 85,000 BTU | 50.00 | 50.00 | 200.00 | 600.00 | 300.00 |
| | 530-15-019 Make: UNIVERSAL Model: DB995 Ser #: ZG070302B | | | | | |
| | 85,000 BTU | 50.00 | 50.00 | 200.00 | 600.00 | 300.00 |
| 1 | 85,000 BTU | 50.00 | 50.00 | 200.00 | 600.00 | 300.00 |
| | 530-15-030 Make: UNIVERSAL Model: DB995 Ser #: ZG070315E | | | | | |

MISC ITEMS:

| Qty | Item number | Unit | Price | | | |
|-----|-------------|------|-------|---|---|---|
| 25 | PROPANE | GL | 5.250 | | | 131.25 |
| | PROPANE | | | | | |
| 25 | PROPANE | GL | 5.250 | | | 131.25 |
| | PROPANE | | | | | |
| 25 | PROPANE | GL | 5.250 | | | 131.25 |
| | PROPANE | | | | | |
| 25 | PROPANE | GL | 5.250 | | | 131.25 |
| | PROPANE | | | | | |
| 1 | ERF - 1% | EA | 12.000 | | | 12.00 |
| | ENVIRONMENTAL RECOVERY FEE | | | | | |
| | DELIVERY CHARGE | | | | | 65.00 |
| | PICKUP CHARGE | | | | | 55.00 |

Sub-Total:    1912.00
CONTINUED

Thank you for using Max Equipment Rental

To: Doug Wills   Page 5 of 7            2009-04-14 22:40:20 (GMT)            17604776048  From: Natalie Chilson



**MAX** Equipment Rental

SAN MARCOS BRANCH 1
155 EAST BARHAM DRIVE
SAN MARCOS, CA  92078
PH:760-591-7555
FX:760-591-7557

Page:   2

Remit To:
155 EAST BARHAM DRIVE
SAN MARCOS, CA  92078
PH:760-591-7555

**Job Site:**
MODTECH INC.
MELROSE/78
MAP PAGE
OCEANSIDE, CA  92043
JM: 951-941-4014

## RENTAL INVOICE

Invoice #:         1074948-0001
Invoice date:      6/03/08
Date out:          5/23/08    12:30 PM
Date in:           6/02/08     9:27 AM
Job Loc:           MELROSE/78, OCEANSIDE
Job No:            - MODTECH INC. - M
P.O. #:            NONE
Ordered By:        JOEL 951-545-6111
Terms:             Net 10 Days
Sales Rep:         DENNIS KENKELEN
Written By:        MX001DH

**Customer:** 130062
MODTECH INC.
2830 BARRETT AVE.
PERRIS, CA  92571

CU: 951-943-4014

EQUIPMENT IS ON RENT UNTIL YOU CALL IT OFF.  PICK-UP'S WILL NOT BE MADE AUTOMATICALLY.

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
|     |             |     |     |      | Fuel:  | 525.00 |
|     |             |     |     |      | Tax:   | 134.51 |

Thank you for using Max Equipment Rental

Exh L - Pg. 64

# Exhibit M


**Liberty Mutual.**

**Liberty Mutual Surety**

Douglas J. Wills, Esquire
Home Office Counsel

February 26, 2009

Interchange Corporate Center
450 Plymouth Road, Suite 400
Plymouth Meeting, PA 19462
douglas.wills@libertymutual.com
Phone: 610.832.4584
Fax:    610.832.8124

Esther Giammarco, Office Manager
Haley Industrial & Linings, Inc.
4185 Charter Street
Vernon, California 90058-2503

Re:    Principal:    Modtech Holdings, Inc.
       Obligee:      State of California Contractors State License Board
       Bond No.:     024022768
       Project:      Contractor's License/Surety Code A50
                     License No. 461402 3-Year Term Renewal.
       Claimant:     Haley Industrial Coatings and Linings, Inc.
       Claim No.:    024022768.20
       Surety:       Liberty Mutual Insurance Company

Dear Ms. Giammarco:

Liberty Mutual Insurance Company (LMIC), on behalf of the above-referenced surety, is in receipt of your notice of claim concerning the above referenced matter in the amount of $10,219.52.

In order for LMIC to properly investigate and evaluate this claim, please complete, sign, notarize and return the enclosed Proof of Claim form. Attach to this form all documentation necessary to substantiate the claim. Documentation may include, but is not limited to, the following: subcontracts, purchase orders, change orders, pay requests, bills of lading, delivery tickets, invoices and statutory notices.    Any information previously submitted need not be duplicated.

Following the receipt of this information, and following the conclusion of our investigation, LMIC will respond as to our position.

This correspondence and all prior and subsequent communications and/or investigative efforts are made with the express reservation of all rights and defenses which Liberty Mutual Insurance Company and/or Modtech Holdings, Inc., has or may have at law, equity or under the terms and provisions of the bond and contract documents. This reservation includes without limitation, defenses which may be available under any applicable notice and suit limitation provisions.

**Member of Liberty Mutual Group**



Exh M - Pg. 65

Haley Industrial Coatings and Linings, Inc.
February 26, 2009
Page 2 of 2

Please do not hesitate to contact me if you have any questions.

Sincerely,


Doug Wills, Esquire
Home Office Counsel

DJW/gc
Enclosure
cc:   Ken Koch - RUO
       Kim Jew - LMS Home Office
       LMS - Los Angeles

Liberty Mutual Surety

# Exhibit N

**Law Offices of**

# THOMAS NORTON

**305 Railroad Avenue, Suite 4**
**Nevada City, California 95959**
Facsimile (530) 265-3606
Telephone (530) 265-0404

September 29, 2009

**Sent via fax to (610) 832-8124**
**Total of __1__ page(s)**

Liberty Mutual Insurance Company
Attn: Doug Wills, Esq.
Interchange Corporate Center
450 Plymouth Road, Suite 400
Plymouth Meeting, PA 19462

*Re:*   *Modtech Holdings, Inc. Bond No. 024022768*
     *VILLAGE WOODCRAFT v. MISHA et. al.* Nevada County Case No. T08/3201C

Dear Mr. Wills:

This letter follows up on our previous contacts to your office concerning our client's claim against the above noted bond. Our client, Village Woodcrafts, Inc. was a subcontractor of Modtech that performed millwork for the residence constructed at 11906 Stallion Way, Truckee, California 96161 and is owed $30,586.87 with interest thereon.

Please contact us on the status of Liberty making payment on the bond to us.

Contact us if you have any questions or comments. Thank you for your cooperation and attention to this matter.

Sincerely,

Thomas Norton

Thomas Norton



EXHIBIT
N

# Exhibit O

**HARRISON CONSTRUCTION**

2940 Spafford Street, #100, Davis, CA 95616
Voice: (530) 753-0373    Fax: (530) 753-0431
Contractor's License # 553791

LIBERTY MUTUAL SURETY

DEC 0 2 2009

RECEIVED

*Fwd to Chris*

LIBERTY MUTUAL SURETY
DEC 03 2009
STEVEN C. WHITE

November 30, 2009

Liberty Mutual Insurance Company
505 South Main Street, Suite 830
Orange, CA 92668  92868
(714) 542-0115

Re:    Claim Against Contractor's Bond #024022768

Dear Liberty Mutual Insurance Company:

This letter shall serve as a formal claim against Liberty Mutual Contractor's Bond #024022768 issued on behalf of Modtech Holdings, Inc (our subcontractor). I have provided correspondence to Modtech concerning this issue which they have not responded to.

This claim is for improper primer and painting application by Modtech which has resulted in premature failure. During a storm last October, the paint began peeling off the Modtech building. Our painting consultant investigated this condition and found the primer used by Modtech is not compatible with the paint they applied. Our client, City of Davis, has notified Harrison Construction this is a latent defect and is requiring the building to be repainted under warranty.

Under Modtech's Contractor License Bond, I am seeking payment to mitigate latent defects in the amount of $2,900. I have attached all supporting documentation including a bid from Professional Painting to make the necessary repairs. Please let me know if Liberty Mutual requires any other information to process this claim.

Sincerely,

Steve Harrison
President

Encl



EXHIBIT
O

15 November 2009

**PROFESSIONAL PAINTING**
P.O. Box 1246
Davis, CA 95617-1246
CCL #580654

Steve Harrison
Harrison Construction
2940 Spafford Street #100
Davis, CA 95616

Paint Bid
Modular Building Repair

- Pressure wash building to remove failing paint
- Repeat washing as the existing paint film detaches from the siding
- Clean debris
- Prime siding with bonding primer
- Repaint and back roll

Total amount of proposal including all materials $2900.00

To scrape and repaint failed areas as a band aid fix $300.00

 **Liberty Mutual.**

**Liberty Mutual Surety**

**Douglas J. Wills, Esquire**
Senior Surety Counsel

*Sent by First Class Mail*

December 18, 2009

Interchange Corporate Center
450 Plymouth Road
Suite 400
Plymouth Meeting, PA 19462-1644
douglas.wills@libertymutual.com
Phone:   610.832.4584
Fax:      610.828.4684

Steve Harrison
President
Harrison Construction
2940 Spafford Street, #100
Davis, CA 95616

Re:    BOND NO.:     24022768
       BOND TYPE:    Contractor's License Bond
       PRINCIPAL:    Modtech Holdings, Inc.
       SURETY:       Liberty Mutual Insurance Company
       CLAIMANT:     Harrison Construction
       MATTER:       Liberty Mutual Insurance Company v. Modtech Holdings, Inc., et al,
                     Case No. 09-ap-1109-TD in the United States Bankruptcy Court of the Central
                     District of California

Dear Mr. Harrison:

Liberty Mutual Insurance Company ("Liberty") hereby acknowledges receipt of the claim submitted by
Harrison Construction against Contractor's License Bond No. 24022768 (the "Bond") on or about
November 30, 2009.  Please be advised that Liberty's Bond Principal, Modtech Holdings, Inc. ("Modtech")
filed bankruptcy on October 20, 2008, and that case remains pending in the United States Bankruptcy Court
for the Central District of California.  As a result of the Modtech bankruptcy proceeding, and because Liberty
has received claims that in the aggregate exceed the penal limit of the Bond ($12,500), Liberty filed an action
within the Modtech bankruptcy requesting that the Court allow Liberty to deposit the proceeds of the Bond
for disposition among the claimants in such manner as the Court deems appropriate.

Accordingly, Liberty is unable to take any substantive action on your claim beyond suggesting that Harrison
make an appearance in the above-referenced matter for purposes of prosecuting its claim to all or a portion
of the Bond proceeds.  Liberty will amend its Complaint to include Harrison as a party Defendant in that
action.

If you have any questions, please feel free to contact me or Liberty's counsel, Scott Williams at 615/742-9370.

Sincerely,

Doug Wills, Esquire
Senior Surety Counsel
Liberty Mutual Surety

cc:    Scott Williams (via e-mail)

**Member of Liberty Mutual Group**

| In re: MODTECH HOLDINGS, INC., a Delaware corporation, | CASE NUMBER: 6:08-24324-TD |
|---|---|
| Debtor(s). | |
| Liberty Mutual Insurance Company, Inc. v. Modtech Holdings, Inc., etc., et al. | ADVERSARY NO. 09-01109-TD |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **10100 Santa Monica Boulevard, Suite 1450, Los Angeles, CA  90067.**

The foregoing documents described as: **Notice of Motion and Motion for Leave to Amend First Amended Complaint for Interpleader Pursuant to FRCP 15(a)(2) and FRBP 7015; Memorandum of Points and Authorities in Support Thereof**, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 12, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Jennifer Leland    jleland@pwkllp.com
Charles Liu    cliu@winthropcouchot.com
Lawrence Peitzman    lpeitzman@pwkllp.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
Scott Williams    swilliams@manierherod.com, mfranks@manierherod.com;tpennington@manierherod.com
Marc J Winthrop    pj@winthropcouchot.com

☐   Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **January 12, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Via First Class Mail**

Honorable Thomas Donovan
Edward R. Roybal Federal Bldng.
255 East Temple Street
Courtroom 1345
Los Angeles, CA 90012

**Served by U.S. Mail**

President or Chief Executive Officer
Express Construction and Environmental Services, Inc.
110 E. 9th Street, Suite B1220
Los Angeles, CA 90079

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                          **F 9013-3.1**

| In re: MODTECH HOLDINGS, INC., a Delaware corporation, | | CASE NUMBER: 6:08-24324-TD |
|---|---|---|
| | Debtor(s). | |
| Liberty Mutual Insurance Company, Inc. v. Modtech Holdings, Inc., etc., et al. | | ADVERSARY NO. 09-01109-TD |

President or Chief Executive Officer
Distinctive Countertops, Inc.
41596 Eagle Point Way
Temecula, CA 92591

President or Chief Executive Officer
Art Westphal Painting
6303 Foster Drive
Riverside, CA 92506

President or Chief Executive Officer
Urban Concrete, Inc.
29109 Riverside Drive
Lake Elsinore, CA 92530

President or Chief Executive Officer
Stuart B. Gatson Consulting & Contracting, Inc.
1866 N. Wilson Avenue
Upland, CA 91784

Leslie B. Winter Jr.
Karcher Environmental, Inc.
2300 E. Orangewood Avenue
Anaheim, CA 92806
*Agent for Service of Process of Karcher Environmental, Inc.*

President or Chief Executive Officer
Jameson Hydro Crane Service
27452 Road 140
Visalia, CA 93292

Harold L. Rollin, Esq.
A Professional Law Corporation
918 W. Main St.
Visalia, California
*Attorneys for Jameson Hydro Crane Service*

Maurice Wainer, Esq.
Snipper, Wainer & Markoff
270 N Canon Dr., Penthouse
Beverly Hills, CA 90210
*Attorneys for West Coast Drywall & Company, Inc.*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                           **F 9013-3.1**

| In re: MODTECH HOLDINGS, INC., a Delaware corporation, | | CASE NUMBER: 6:08-24324-TD |
|---|---|---|
| | Debtor(s). | |
| Liberty Mutual  Insurance Company, Inc. v.<br>Modtech Holdings, Inc., etc., et al. | | ADVERSARY NO. 09-01109-TD |

President or Chief Executive Officer
Carpenters Southwest Administrative Corporation
533 S. Fremont Avenue, 9th Floor
Los Angeles, CA 90071

President or Chief Executive Officer
Reliable Flooring
2304 Townsgate Road
Westlake Village, CA 91361

Mason Bailey
Max Equipment Rental
256 E. Barham Drive
San Marcos, CA 92078
*Agent for Service of Process for Max Equipment Rental*

Yvonne P. Haley
4410 Edenhurst Avenue
Los Angeles, CA 90030
*Agent for Service of Process for Haley Industrial Coatings and Linings, Inc.*

☐    Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                    **F 9013-3.1**

| In re:  MODTECH HOLDINGS, INC., a Delaware corporation, | CASE NUMBER: 6:08-24324-TD |
|---|---|
| Debtor(s). | |
| Liberty Mutual  Insurance Company, Inc. v.<br>Modtech Holdings, Inc., etc., et al. | ADVERSARY NO. 09-01109-TD |

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 12, 2010 | Rebecca Corpuz | /s/ Rebecca Corpuz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                   **F 9013-3.1**