1 | Lawrence Peitzman (State Bar No. 62379)
2 | Jennifer Leland (State Bar No. 185951)
  | PEITZMAN, WEG & KEMPINSKY LLP
3 | 10100 Santa Monica Boulevard, Suite 1450
  | Los Angeles, CA 90067
4 | Telephone: (310) 552-3100
  | Facsimile: (310) 552-3101
5 | lpeitzman@pwkllp.com
  | jleland@pwkllp.com
6 |
7 | Scott C. Williams (*admitted pro hac vice*)
  | Manier & Herod, a Tennessee professional corporation
8 | 150 Fourth Avenue North, Suite 2200
  | Nashville, TN 37220
9 | Telephone: (615) 244-0030
  | Facsimile: (615) 242-4203
10 |
11 | Attorneys for Creditor
   | Liberty Mutual Insurance Company
12 |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No. 6:08-24324-TD |
| MODTECH HOLDINGS, INC., a Delaware Corporation, | Chapter 11 |
| Debtor and Debtor-in-Possession. | ADVERSARY PROCEEDING NO. 09-1109-TD |
| LIBERTY MUTUAL INSURANCE COMPANY, INC., a Massachusetts corporation, Plaintiff | DECLARATION OF DOUGLAS WILLS IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT FOR INTERPLEADER PURSUANT TO FRCP 15(a)(2) and FRBP 7015 |
| v. | |
| MODTECH HOLDINGS, INC., Debtor-in-Possession; EXPRESS CONSTRUCTION AND ENVIRONMENTAL SERVICES, INC., a Calif. corp.; DISTINCTIVE COUNTERTOPS, INC., a Calif. corp.; ART WESTPHAL PAINTING, a Calif. corp.; URBAN CONCRETE, INC., a Calif. corp.; STUART B. GATSON CONSULTING & CONTRACTING, INC., a Calif. corp.; KARCHER ENVIRONMENTAL, INC., a Calif. corp.; JAMESON HYDRO CRANE SERVICE, a Calif. corp.; WEST COAST DRYWALL & COMPANY, INC., a Calif. corp.; CARPENTERS SOUTHWEST ADMINISTRATIVE | [NO HEARING REQUIRED UNLESS REQUESTED PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1(o)] |

-1-

1  CORPORATION, a Calif. corp.; RELIABLE
   FLOORING a Calif. corp.; MAX EQUIPMENT
2  RENTAL, a Calif. Corp., and HALEY
   INDUSTRIAL COATINGS AND LININGS,
3  INC., a Calif. Corp.;

4       Defendants.

5       I, Douglas Wills, declare as follows:

6       1.    I am Senior Surety Counsel for Liberty Mutual Insurance Company ("Liberty"), the Interpleader Plaintiff in the above-captioned adversary proceeding. I have direct personal knowledge of the matters stated herein and, if called as a witness, I could and would competently testify thereto.

        2.    After filing its first Motion for Leave to Amend the Complaint (Docket No. 17), I became aware of two additional claims under the California License Bond No. 24022768 (the "Bond"). The additional claimants are Village Woodcrafts, Inc. and Harrison Construction.

        3.    As of the date hereof, I am unaware of any additional claimants under the Bond.

   I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

   Executed this 7 day of January 2010.

                                    _____
                                    Douglas Wills
                                    Senior Surety Counsel
                                    Liberty Mutual Insurance Company

| In re: MODTECH HOLDINGS, INC., a Delaware corporation, | CASE NUMBER: 6:08-24324-TD |
|---|---|
| Debtor(s). | |
| Liberty Mutual Insurance Company, Inc. v. Modtech Holdings, Inc., etc., et al. | ADVERSARY NO. 09-01109-TD |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, Suite 1450, Los Angeles, CA 90067.**

The foregoing documents described as: **Declaration of Douglas Wills In Support of Motion for Leave to File Second Amended Complaint for Interpleader Pursuant to FRCP 15(a)(2) and FRBP 7015**, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 12, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Jennifer Leland    jleland@pwkllp.com
Charles Liu    cliu@winthropcouchot.com
Lawrence Peitzman    lpeitzman@pwkllp.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
Scott Williams    swilliams@manierherod.com, mfranks@manierherod.com;tpennington@manierherod.com
Marc J Winthrop    pj@winthropcouchot.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **January 12, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Via First Class Mail**

Honorable Thomas Donovan
Edward R. Roybal Federal Bldng.
255 East Temple Street
Courtroom 1345
Los Angeles, CA 90012

**Served by U.S. Mail**

President or Chief Executive Officer
Express Construction and Environmental Services, Inc.
110 E. 9th Street, Suite B1220
Los Angeles, CA 90079
President or Chief Executive Officer

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1

| In re: MODTECH HOLDINGS, INC., a Delaware corporation, | CASE NUMBER: 6:08-24324-TD |
|---|---|
| Debtor(s). | |
| Liberty Mutual Insurance Company, Inc. v. Modtech Holdings, Inc., etc., et al. | ADVERSARY NO. 09-01109-TD |

Distinctive Countertops, Inc.
41596 Eagle Point Way
Temecula, CA 92591

President or Chief Executive Officer
Art Westphal Painting
6303 Foster Drive
Riverside, CA 92506

President or Chief Executive Officer
Urban Concrete, Inc.
29109 Riverside Drive
Lake Elsinore, CA 92530

President or Chief Executive Officer
Stuart B. Gatson Consulting & Contracting, Inc.
1866 N. Wilson Avenue
Upland, CA 91784

Leslie B. Winter Jr.
Karcher Environmental, Inc.
2300 E. Orangewood Avenue
Anaheim, CA 92806
*Agent for Service of Process of Karcher Environmental, Inc.*

President or Chief Executive Officer
Jameson Hydro Crane Service
27452 Road 140
Visalia, CA 93292

Harold L. Rollin, Esq.
A Professional Law Corporation
918 W. Main St.
Visalia, California
*Attorneys for Jameson Hydro Crane Service*

Maurice Wainer, Esq.
Snipper, Wainer & Markoff
270 N Canon Dr., Penthouse
Beverly Hills, CA 90210
*Attorneys for West Coast Drywall & Company, Inc.*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re: MODTECH HOLDINGS, INC., a Delaware corporation, | CASE NUMBER: 6:08-24324-TD |
|---|---|
| Debtor(s). | |
| Liberty Mutual Insurance Company, Inc. v. Modtech Holdings, Inc., etc., et al. | ADVERSARY NO. 09-01109-TD |

President or Chief Executive Officer
Carpenters Southwest Administrative Corporation
533 S. Fremont Avenue, 9th Floor
Los Angeles, CA 90071

President or Chief Executive Officer
Reliable Flooring
2304 Townsgate Road
Westlake Village, CA 91361

Mason Bailey
Max Equipment Rental
256 E. Barham Drive
San Marcos, CA 92078
*Agent for Service of Process for Max Equipment Rental*

Yvonne P. Haley
4410 Edenhurst Avenue
Los Angeles, CA 90030
*Agent for Service of Process for Haley Industrial Coatings and Linings, Inc.*

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                 F 9013-3.1

| In re: MODTECH HOLDINGS, INC., a Delaware corporation, | CASE NUMBER: 6:08-24324-TD |
|---|---|
| Debtor(s). | |
| Liberty Mutual Insurance Company, Inc. v. Modtech Holdings, Inc., etc., et al. | ADVERSARY NO. 09-01109-TD |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **January 12, 2010** | **Rebecca Corpuz** | **/s/ Rebecca Corpuz** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                    **F 9013-3.1**